**Fill in this information to identify the case:**

Debtor name **Eat Here Brands LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-61688-wlh**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 30, 2019___    X _____
                                         Signature of individual signing on behalf of debtor

                                         **Ned Robert Lidvall**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eat Here Brands LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-61688-wlh**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $     **1,317,139.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $     **1,317,139.50**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **5,871,700.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **27,600.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **3,321,105.22**

4.    **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b    $     **9,220,405.22**

**Fill in this information to identify the case:**

Debtor name **Eat Here Brands LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-61688-wlh**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | $517,165.83 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Origin Bank** | **Checking** | 7286 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $517,165.83

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid Insurance to Zurich North America** | $74,343.00 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Eat Here Brands LLC** | Case number *(If known)* **19-61688-wlh** |
|---|---|---|
| | Name | |

---

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $74,343.00

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **Babalu, LLC** | **100** % | | Unknown |
| 15.2. | **Babalu Memphis #1, LLC** | **100** % | | Unknown |
| 15.3. | **Babalu Birmingham #1, LLC** | **100** % | | Unknown |
| 15.4. | **Babalu Knoxville, #1, LLC** | **100** % | | Unknown |
| 15.5. | **Babalu Lexington, #1, LLC** | **100** % | | $0.00 |
| 15.6. | **Babalu Chapel Hill, #1, LLC** | **100** % | | $0.00 |
| 15.7. | **Babalu Atlanta #1 LLC** | **100** % | | Unknown |
| 15.8. | **Babalu Memphis #2 LLC** | **100** % | | Unknown |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Eat Here Brands LLC** | | Case number *(If known)* **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 15.9. | **Babalu Atlanta #2 LLC** | **100** | % | | **Unknown** |
|---|---|---|---|---|---|
| 15.10. | **Babalu Columbus #1, LLC** | **100** | % | | **$0.00** |
| 15.11. | **Babalu Nashville #1, LLC** | **100** | % | | **$0.00** |

**16.**     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**     **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| **$0.00** |
|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>**Office furniture** | **$5,000.00** | **Estimated at 20%** | **$1,000.00** |
| **40.**   **Office fixtures**<br>**Office fixtures** | **$1,000.00** | **Estimated at 20%** | **$200.00** |

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| **$1,200.00** |
|---|

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

| Debtor | **Eat Here Brands LLC** | Case number *(If known)* **19-61688-wlh** |
|---|---|---|
| | Name | |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Corporate office<br>9755 Dogwood Road<br>Suite 200<br>Roswell, GA 30075** | Tenant | Unknown | | Unknown |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

| Debtor | **Eat Here Brands LLC** | Case number *(If known)* **19-61688-wlh** |
|---|---|---|
| | Name | |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
        **Goodwill - excess of cost over fair value of the**
        **business acquired in 2012**          $724,430.67          $724,430.67

66.    **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.          $724,430.67

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

---

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 5

| Debtor | **Eat Here Brands LLC** | Case number *(If known)* **19-61688-wlh** |
|---|---|---|
| | Name | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $517,165.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $74,343.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $724,430.67 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,317,139.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,317,139.50 |

**Fill in this information to identify the case:**

Debtor name **Eat Here Brands LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-61688-wlh**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ORIGIN BANK**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$5,871,700.00** | **$1,400,000.00** |
| **Highland Colony Financial Cent**<br>**1063 Highland Colony Parkway**<br>**Ridgeland, MS 39157**<br>Creditor's mailing address | | **$275,000.00 Paid per Court Order [Docket No. 36]** | |
| | Describe the lien | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$5,871,700.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Eat Here Brands LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)     **19-61688-wlh**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **ALABAMA DEPT OF REVENUE CORPORATE TAX DIVISION BUSINESS PRIVILEGE TAX SECTION Montgomery, AL 36132-7320** | | |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|---|---|---|---|
|  | **MECKLENBURG COUNTY TAX COLLECT PO BOX 31457 Charlotte, NC 28231-1457** | | |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,500.00 | $12,850.00 |
|---|---|---|---|---|

**Ned Lidvall**
**1850 Marcia Overlook Drive**
**Cumming, GA 30041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $0.00 |
|---|---|---|---|---|

**TENNESSEE DEPT OF REVENUE**
**ANDREW JACKSON ST OFFICE**
**BLDG**
**500 DEADERICK ST**
**Nashville, TN 37242-1100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**1821 BITTERS LLC**
**659 AUBERN AVE  NE # 225**
**Atlanta, GA 30312**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**24/7 JACKSON LOCKSMITH LLC**
**11 STANFORD CT**
**Jackson, MS 39211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,512.50 |
|---|---|---|---|

**29 SEVEN LLC  C/O RETAIL SPC.**
**PO BOX 531247**
**Birmingham, AL 35253-1247**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3 OWL INC**
**135 AUBURN AVENUE**
**NE FLOOR 2**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**7'S CLEANING SERVICE LLC**
**102 AMETHYST**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**8LINCOLN30**
**5030 VALLEY STREAM RD**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**900 SHORT NORTH LLC**
**3955 MONTGOMERY ROAD**
**Cincinnati, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.00 |
|---|---|---|---|

**A&B DISTRIBUTORS INC**
**107 RANDOLPH ST NE**
**PO BOX 27130**
**Knoxville, TN 37927**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,750.00 |
|---|---|---|---|

**ABELARDO RUIZ**
**875 HUNTERHILL DRIVE**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**AC BEVERAGE INC**
**1993 7 MORELAND PKWY**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.69 |
|---|---|---|---|

**ACKERMAN SECURITY SYSTEMS**
**1346 OAKBROOK DRIVE**
**SUITE 175**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADVANCE SIGN & LIGHTING LLC**
**PO BOX 128**
**Gardendale, AL 35071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,729.30 |
|---|---|---|---|

**ADVANTAGE LINEN & UNIFORM**
**751 ENTERPRISE DRIVE**
**Lexington, KY 40510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFTER WORDS**
**4010 W BOY SCOUT BLVD**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**AIRE MASTER OF CENTRAL ALABAMA**
**PO BOX 43002**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**AIRE-MASTER OF MID MISSISSIPPI**
**273 LAKE CIRCLE**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIRGAS NATIONAL CARBONATION**
**PO BOX 602792**
**Charlotte, NC 28260-2792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**AJAX MEMPHIS**
**5020 TUGGLE ROAD**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AL ROBERTS**
**2466 SOUTHWOOD RD**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALABAMA ABC BEVERAGE**
**2911 SEVENTH AVENUE SOUTH**
**Birmingham, AL 35233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALABAMA CROWN DISTRIBUTING CO**
**1330 CORPORATE WOODS DR.**
**Alabaster, AL 35007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**ALAN E. JONES, IRA**
**2025 SHEFFIELD DRIVE**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALCOHOLIC BEVERAGE CONTROL**
**MISSISSIPPI DEPT OF REVENUE**
**PO BOX 540**
**Madison, MS 39130-0540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.60** |
|---|---|---|---|

**ALE 8 ONE BOTTLING COMPANY**
**25 CAROL ROAD**
**Winchester, KY 40392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

---

**3.25**

Nonpriority creditor's name and mailing address

**ALL AMERICAN HEATING & A/C CO**
**8817 WESTGATE PARK DR**
**SUITE#108**
**Raleigh, NC 27617**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

Nonpriority creditor's name and mailing address

**ALL GAUGE SHEET METAL INC**
**801 30TH STREET NORTH**
**Birmingham, AL 35203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

Nonpriority creditor's name and mailing address

**ALL STATES MALL SERVICES II**
**PO BOX 93717**
**Las Vegas, NV 89193**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address

**ALPHAGRAPHICS**
**788 E BROOKHAVEN CIRCLE**
**Memphis, TN 38117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $873.47
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS**
**PO BOX 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $102,797.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

**AMERIPRIDE SERVICE INC**
**PO BOX 308**
**Bemidji, MN 56619-0308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $5,736.20
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address

**AMERIPRIDE SERVICES INC**
**PO BOX 667**
**Bemidji, MN 56619-0667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $2,614.29
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|--------|------------------------|------------------------|------------------|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,049.45**

**AMERIPRIDE SERVICES INC**
**PO BOX 1564**
**Bemidji, MN 56619-1564**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,545.27**

**AMERIPRIDE SERVICES INC**
**PO BOX 1280**
**Bemidji, MN 56619-1280**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,222.00**

**AMERIPRIDE SERVICES INC**
**PO BOX 249**
**Bemidji, MN 56619-0249**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**AMERITECH FACILITY SERVICES**
**1500 AIRPORT DRIVE**
**Ball Ground, GA 30107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**AMFIRST INSURANCE CO LTD**
**500 STREET ROAD**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**ANDREW M SAMPSON**
**1502 KENSINGTON AVE**
**Ocean Springs, MS 39564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**APG Sandy Springs, LLC**
**PEACHTREE 25th BLDG.,SUITE 100**
**1718 Peachtree Street**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | | Case number (if known) | 19-61688-wlh |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ARARAT IMPORT/EXPORT CO. LLC**<br>**2020 PROGRESS CT# 110**<br>**Raleigh, NC 27608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ASCAP**<br>**21678 NETWORK PLACE**<br>**Chicago, IL 60673-1216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.07 |
|---|---|---|---|
| | **AT&T Atlanta**<br>**PO BOX 105262**<br>**Atlanta, GA 30348-5262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AT&T Carol Stream**<br>**PO BOX 5014**<br>**Carol Stream, IL 60197-5014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AT&T MOBILITY**<br>**PO BOX 6463**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ATECH INCORPORATED**<br>**PO BOX 24614**<br>**Nashville, TN 37202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ATHENS DISTRIBUTING CO, KNOX**<br>**2567 PRIME WAY-SUITE 102**<br>**Knoxville, TN 37918** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATHENS DISTRIBUTING CO, MEMPH.**
PO BOX 1333
Memphis, TN 38101-1333

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATLANTA BEVERAGE COMPANY**
5000 FULTON INDUSTRIAL BLDV
Atlanta, GA 30336-1008

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATLANTA SPORT AND SOCIAL CLUB**
260 HOWARD STREET, NE UNIT 1
Atlanta, GA 30317

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATLAS**
P O BOX 2683
3530 GREENSBORO AVE
Tuscaloosa, AL 35403

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.61 |
|---|---|---|---|

**ATMOS ENERGY**
PO BOX 790311
Saint Louis, MO 63179-0311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.08 |
|---|---|---|---|

**AUTO-CHLOR SYSTEM**
193 COUNTRY PLACE PKWY
Pearl, MS 39208

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B&E COMMUNICATIONS INC**
PO BOX 7656
Jackson, MS 39284-7656

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address

**BANNER LIFE INSURANCE COMPANY**
PO BOX 740526
Atlanta, GA 30374-0526

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.54** | Nonpriority creditor's name and mailing address

**BARBIZON CHARLOTTE INC**
1016 MC CLELLAND COURT
Charlotte, NC 28206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55** | Nonpriority creditor's name and mailing address

**BARDETT DBA A  S  BARBORO**
5020 TUGGLE ROAD
Memphis, TN 38118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56** | Nonpriority creditor's name and mailing address

**BAUMANN PAPER CO**
PO BOX 13022
Lexington, KY 40583

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$943.82

---

**3.57** | Nonpriority creditor's name and mailing address

**BENNETT THRASHER**
3300 RIVERWOOD PKWY SUITE 700
Atlanta, GA 30339

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60,765.00

---

**3.58** | Nonpriority creditor's name and mailing address

**BEST WESTERN PLUS ROSWELL**
907 HOLCOMB BRIDGE RD.
Roswell, GA 30076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,130.08

---

**3.59** | Nonpriority creditor's name and mailing address

**BEVERAGE CONTROL INC**
PO BOX 52888
Knoxville, TN 37950

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BIRMINGHAM BEVERAGE**
**211 CITATION COURT**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BIRMINGHAM BUDWEISER**
**141 INDUSTRIAL AVENUE**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BIRMINGHAM RESTAURANT SUPPLY**
**2428 6TH AVE SOUTH**
**Birmingham, AL 35233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BLUE BELL CREAMERIES**
**PO BOX 973601**
**Dallas, TX 75397-3601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.51**

**BOBBYS ELECTRICAL SERVICE INC**
**2533 THIGPEN RD**
**Raymond, MS 39154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BOBKAT FARMS LLC**
**1207 ROSEMARY RD**
**Florence, MS 39073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BOWIE AUDIO VISUAL ENTERPRISES**
**290 HIGHPOINT DR**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON LIGHTING INC**
**PO BOX 542**
**Brandon, MS 39043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRAXTON L STEVENSONS WINDOW**
**CLEANING SERVICE**
**230 LEMLY AVE**
**Jackson, MS 39209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRENDON MURPHY**
**11920 HENDERSON HILL ROAD**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BROWN BOTTLING - JACKSON**
**1651 MARQUETTE RD**
**Brandon, MS 39042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUNINI**
**PO DRAWER 119**
**Jackson, MS 39205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BUCKHEAD BEEF COMPANY**
**4500 WICKERSHAM DR**
**Atlanta, GA 30337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BUFORD PLUMBING COMPANY INC**
**PO BOX 8601**
**Jackson, MS 39284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eat Here Brands LLC**
Name

Case number (if known)   **19-61688-wlh**

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C&J PEST SERVICES**
**PO BOX 720901**
**Byram, MS 39272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAMPBELLS BAKERY**
**3013 N STATE ST**
**Jackson, MS 39216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,468.81 |
|---|---|---|---|

**CANDLEWOOD SUITES BIRMINGHAM**
**400 COMMONS DRIVE**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.44 |
|---|---|---|---|

**CANDLEWOOD SUITES FLOWOOD**
**3810 FLOWOOD DRIVE**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDLEWOOD SUITES-MEMPHIS**
**7950 CENTENNIAL DR**
**Memphis, TN 38125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPITAL CITY BEVERAGE**
**920 WEST COUNTY LINE ROAD**
**Jackson, MS 39213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPITAL CITY MECHANICAL SVCS.**
**4955 AVALON RIDGE PARKWAY**
**SUITE 100**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPITOL HARDWARE CO INC**
**CAPITOL BUILDING PRODUCTS**
**PO BOX 12730**
**Jackson, MS 39236-2730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASE MANAGEMENT SOLUTIONS**
**136 CAVANAUGH DR**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CDE INTEGRATED SYSTEMS INC**
**6 TWELVE OAK CIRCLE**
**Jackson, MS 39209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CELLAR DISTRIBUTING, LLC**
**6012 OLD PINEVILLE RD SUITE E**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTERPOINT ENERGY**
**PO BOX 4981**
**Houston, TX 77210-4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTURY FIRE PROTECTION**
**2450 SATELLITE BLVD**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAMBLISS FRESH AROMA LL (CFA)**
**618 BYRAM MEADOWS DR**
**Byram, MS 39272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
| --- | --- | --- | --- |
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**CHEROKEE DISTRIBUTING CO**
**200 MILLER MAIN CIRCLE**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**CHILDRESS UPHOLESTERY**
**3320 HWY 80 W SUITE C**
**Jackson, MS 39204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $759.30 |
| --- | --- | --- | --- |

**CINTAS 206**
**PO BOX 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
| --- | --- | --- | --- |

**CINTAS CORPORATION #210**
**PO BOX 630921**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $793.34 |
| --- | --- | --- | --- |

**CINTAS CORPORATION #312**
**100 WESTHAMPTON DRIVE**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**CINTAS CORPORATION #J66**
**PO BOX 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**CITY OF ATLANTA**
**55 TRINITY STREET STE. 350**
**DEPT OF PLANNING AND COMMUNITY**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF BIRMINGHAM**
PO BOX 830638
Birmingham, AL 35283-0638

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF CHARLOTTE**
PO BOX 1316
Charlotte, NC 28201-1316

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF KNOXVILLE**
PO BOX 1028
Knoxville, TN 37901-1028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF MEMPHIS-PERMIT OFFICE**
2714 UNION AVE EXT
SUITE 100
Memphis, TN 38112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF ROSWELL**
BUSINESS REGISTRATION OFFICE
38 HILL ST  STE G30
Roswell, GA 30075

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |
|---|---|---|---|

**CITY OF ROSWELL UTILITY PMT.**
PO BOX 732680
Dallas, TX 75373-2680

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLARK BEVERAGE GROUP INC**
PO BOX 3090
Bowling Green, KY 42102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CLARK DISTRIBUTING CO INC** | ☐ Contingent | |
| | **300 OAKLAND FLATROCK ROAD** | ☐ Unliquidated | |
| | **Oakland, KY 42159** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _NOTICE ONLY_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CMC ELECTRIC, LLC** | ☐ Contingent | |
| | **PO BOX 1833** | ☐ Unliquidated | |
| | **Clayton, NC 27528** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _NOTICE ONLY_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **COBB PLUMBING CO INC** | ☐ Contingent | |
| | **2286 PODESTA COVE** | ☐ Unliquidated | |
| | **Memphis, TN 38134** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _NOTICE ONLY_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $163.89 |
| | **COCA COLA BOTTLING CO** | ☐ Contingent | |
| | **PO BOX 602937** | ☐ Unliquidated | |
| | **Charlotte, NC 28260-2937** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
| | **COCA COLA BOTTLING COMPANY** | ☐ Contingent | |
| | **PO BOX 105637** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5637** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **COLUMBIA GAS** | ☐ Contingent | |
| | **PO BOX 742523** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-2523** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _NOTICE ONLY_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $773.85 |
| | **COMCAST** | ☐ Contingent | |
| | **PO BOX 71211** | ☐ Unliquidated | |
| | **Charlotte, NC 28272-1211** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **COMCAST CABLE** | ☐ Contingent | |
| | **PO BOX 530098** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-0098** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **COMMUNIQUE CONFERENCING** | ☐ Contingent | |
| | **PO BOX 409573** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-1866** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,805.15 |
| | **COMPEAT INC** | ☐ Contingent | |
| | **11500 ALTERRA PARKWAY** | ☐ Unliquidated | |
| | **SUITE 130** | ☐ Disputed | |
| | **Austin, TX 78758** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CONSTRUCTION CODE ENFORCEMENT** | ☐ Contingent | |
| | **6465 MULLINS STATION** | ☐ Unliquidated | |
| | **Memphis, TN 38134** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **CONTEMPORARY MEDIA INC** | ☐ Contingent | |
| | **PO BOX 1738** | ☐ Unliquidated | |
| | **Memphis, TN 38101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **COOK'S PEST CONTROL INC** | ☐ Contingent | |
| | **PO BOX 341898** | ☐ Unliquidated | |
| | **Memphis, TN 38184-1898** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
| | **COOK'S PEST CONTROL INC 03** | ☐ Contingent | |
| | **PO BOX 1789 , TN 37849** | ☐ Unliquidated | |
| | **Powell, TN 37849** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Eat Here Brands LLC**
_____
Name

Case number (if known)   **19-61688-wlh**
_____

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COOPER GLASS COMPANY LLC**
**PO BOX 119**
**Marion, AR 72364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORKSCREW FINE WINE & SPIRITS**
**4800 I-55 NORTH SUITE 32**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COUCH'S LAWN CARE, INC.**
**101 CHESTNUT DRIVE**
**Clinton, MS 39056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,501.99 |
|---|---|---|---|

**COZZINI BROS INC**
**350 HOWARD AVENUE**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,683.82 |
|---|---|---|---|

**CREATION GARDENS**
**2055 NELSON MILLER PARKWAY**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CREATIVE PROCESS LLC**
**PO BOX 4553**
**Jackson, MS 39296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,544.60 |
|---|---|---|---|

**CROWNE CENTRE LLC**
**5101 WHEELIS DR STE 320**
**Memphis, TN 38117**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CROWNE PLAZA**
**401 W. SUMMIT HILL DRIVE**
**Knoxville, TN 37902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.89 |
|---|---|---|---|

**CUSTOM BEVERAGE SYSTEMS**
**PO BOX 13123**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CUSTOM KLIMATE**
**224 BROWN INDUSTRIAL PARKWAY**
**UNIT 107**
**Canton, GA 30114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CUSTOMER IMPACT LLC**
**PO BOX 130638**
**Spring, TX 77393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D&V DISTRIBUTING COMPANY**
**PO BOX 10865**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.40 |
|---|---|---|---|

**DADE PAPER AND BAG CO**
**440 INTERSTATE WEST PARKWAY**
**SUITE 200**
**Lithia Springs, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL FLORES**
**7897 REDFEARN IN**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

**3.130** Nonpriority creditor's name and mailing address

**DARLING INGREDIENTS INC**
**PO BOX 554885**
**Detroit, MI 48255-4885**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.131** Nonpriority creditor's name and mailing address

**DAUENHAUER PLUMBING SERVICES**
**3416 ROBARDS COURT**
**Louisville, KY 40218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.132** Nonpriority creditor's name and mailing address

**David R. White**
**212 Calumet**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

**3.133** Nonpriority creditor's name and mailing address

**DBR DEVELOPMENT INC**
**6369 MACON ROAD**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.134** Nonpriority creditor's name and mailing address

**DEE JAYS EVENT RENTALS LLC**
**704 BEACON LAKE DR**
**Raleigh, NC 27610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135** Nonpriority creditor's name and mailing address

**DELTA LIGHTING PRODUCTS INC**
**2570 METROPOLITAN DRIVE**
**Feasterville Trevose, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** Nonpriority creditor's name and mailing address

**DENTS HEATING AND COOLING LLC**
**200 SHEPPARD RD.,**
**Jackson, MS 39206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,338.38**

**DIGITEL CORPORATION**
**2600 SCHOOL DR**
**Atlanta, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,121.03**

**DIRECT TV**
**PO BOX 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,270.79**

**DIXIE PRODUCE INC**
**PO BOX 429**
**Chattanooga, TN 37401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOUBLE J COMMUNICATIONS**
**3290 PLUM POINT ROAD EAST**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOWNS SECURITY SOLUTIONS INC**
**1846 CHESHIRE BRIDGE RD**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,062.08**

**DRAFT DOCTORS, LLC**
**MICHELLE ATKINS**
**1885 NEW HOPE ROAD**
**Joelton, TN 37080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DRIVERS LICENSE GUIDE COMPANY**
**1492 ODDSTAD DRIVE**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

**3.144** | Nonpriority creditor's name and mailing address

**DUKE ENERGY**
**PO BOX 70516**
**Charlotte, NC 28272-0516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,378.11

---

**3.145** | Nonpriority creditor's name and mailing address

**EAGLE DISTRIBUTING**
**45 E H CRUMP BOULEVARD W**
**Memphis, TN 38106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.146** | Nonpriority creditor's name and mailing address

**EAGLE DISTRIBUTING COMPANY INC**
**310 RADFORD PLACE**
**Knoxville, TN 37917-4936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.147** | Nonpriority creditor's name and mailing address

**EASTERN ALLIANCE INSURANCE GRP**
**PO BOX 206**
**East Petersburg, PA 17520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.148** | Nonpriority creditor's name and mailing address

**EASTERN ALLIANCE INSURANCE GRP**
**PO BOX 4664**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.149** | Nonpriority creditor's name and mailing address

**ECOLAB FOOD SAFETY SPECIALTIES**
**24198 NETWORK PLACE**
**Chicago, IL 60673-1241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$47.20

---

**3.150** | Nonpriority creditor's name and mailing address

**ECOLAB INSTITUTIONAL**
**PO BOX 32027**
**New York, NY 10087-2027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$11,789.80

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,632.16 |
|---|---|---|---|

**ECOLAB PEST ELIMINATIONS**
**26252 NETWORK PLACE**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EIGHTH SOUTH LLC**
**114 S COURT SQUARE**
**McMinnville, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.00 |
|---|---|---|---|

**EMERALD COAST CUTLERY INC**
**PO BOX 751**
**Loxley, AL 36551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,010.00 |
|---|---|---|---|

**EMG3, LLC**
**380 US RPUTE 1**
**Falmouth, ME 04105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTR INC-ATL**
**3755 ATLANTA INDUSTRIAL PWKY**
**Atlanta, GA 30331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTR INC-RALEIGH**
**1757 T.W ALEXANDER DR**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTR OF N. CAROLINA**
**13833 CAROWINDS BLVD**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number *(if known)* | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTR OF TENNESSEE**
**3676 E. RAINES ROAD**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTR OF TENNESSEE**
**PO BOX 50188**
**Knoxville, TN 37950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281.79 |
|---|---|---|---|

**ENGERT**
**PO BOX 55**
**Knoxville, TN 37950-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,374.51 |
|---|---|---|---|

**ENTERGY**
**PO BOX 8105**
**Baton Rouge, LA 70891-8105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,836.63 |
|---|---|---|---|

**ENVIRO-MASTER SERVICES**
**PO BOX 12350**
**Charlotte, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.91 |
|---|---|---|---|

**ENVIRONMENTAL MASTERS INC**
**PO BOX 1015**
**Jackson, MS 39215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**ESTATE OF SIDNEY ALLEN**
**200 BRAE BURN DRIVE**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EVANS MEATS**
**PO BOX 12164**
**Birmingham, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.75 |
|---|---|---|---|

**EVIE CLARK**
**605 MALLISON PLACE**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EXHAUST CLEAN**
**PO BOX 239**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.00 |
|---|---|---|---|

**FEDERAL ALARM COMPANY**
**3550 COVINGTON PIKE STE 108**
**Memphis, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,637.54 |
|---|---|---|---|

**FEDERAL REALTY INVEST TRUST**
**EASGATE CROSSING LOCKBOX #9320**
**PO BOX 8500**
**Philadelphia, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDERAL REALTY INVEST TRUST**
**1626 EAST JEFFERSON STREET**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDEX**
**PO BOX 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address

**FISHER BROWN BOTTRELL INS INC**
PO BOX 1490
Jackson, MS 39215-1490

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$387.00**

---

**3.173** | Nonpriority creditor's name and mailing address

**FLORIDA CONCEPTS HOLDINGS, LLC**
36750 US HWY 19 NORTH
Palm Harbor, FL 34684

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.174** | Nonpriority creditor's name and mailing address

**FONDREN CELLARS**
PO BOX 4692
Jackson, MS 39296

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7.48**

---

**3.175** | Nonpriority creditor's name and mailing address

**FONDREN PLACE DEVELOPMENT CO**
2906 N STATE ST
SUITE 201
Jackson, MS 39216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,441.50**

---

**3.176** | Nonpriority creditor's name and mailing address

**FOOD EQUIPMENT SERVICES CO LLC**
2315 SYCAMORE DRIVE
Knoxville, TN 37921-1750

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,746.34**

---

**3.177** | Nonpriority creditor's name and mailing address

**FORESTWOOD FARM INC**
PO BOX 310728
Birmingham, AL 35231-0728

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,150.34**

---

**3.178** | Nonpriority creditor's name and mailing address

**FORSYTH CONSULTING INC**
PO BOX 530728
Birmingham, AL 35253-0728

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,920.00**

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**FRANK A. SCOTT, IRA**
**15397 SWAN LAKE BLVD**
**Gulfport, MS 39503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRENCH AWNING & SCREEN CO.**
**4514 S.MCRAVEN ROAD**
**Jackson, MS 39204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRESHPOINT ATLANTA**
**1200 OAKLEY INDUSTRIAL BLVD SU**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,331.79 |
|---|---|---|---|

**FRESHPOINT ATLANTA 654133**
**1200 OAKLEY INDUSTRIAL BLVD**
**SUITE B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,539.96 |
|---|---|---|---|

**FRESHPOINT BIRMINGHAM 654130**
**1200 OAKLEY INDUSTRIAL BLVD**
**SUITE B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,066.97 |
|---|---|---|---|

**FRESHPOINT CHAPEL HILL 57465**
**1200 OAKLEY INDUSTRIAL BLVD**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRESHPOINT CHARLOTTE**
**1200 OAKLEY INDUSTRIAL BLVD**
**SUITE B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Eat Here Brands LLC**
Name

Case number (if known)    **19-61688-wlh**

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,598.75**
--- | --- | --- | ---

**3.186**

**Nonpriority creditor's name and mailing address**

**FRESHPOINT KNOXVILLE 59012**
**740 MASSMAN DRIVE**
**Nashville, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$18,598.75**

---

**3.187**

**Nonpriority creditor's name and mailing address**

**FRESHPOINT MEMPHIS EAST 80098**
**740 MASSMAN DRIVE**
**Nashville, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$17,889.32**

---

**3.188**

**Nonpriority creditor's name and mailing address**

**FRESHPOINT NASHVILLE**
**740 MASSMAN DRIVE SUITE 100**
**Nashville, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**FRESHPOINT OVERTON 55050**
**740 MASSMAN DRIVE**
**Nashville, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$22,522.33**

---

**3.190**

**Nonpriority creditor's name and mailing address**

**FRESHPOINT RALEIGH**
**1200 OAKLEY INDUSTRIAL BLVD**
**Fairburn, GA 30213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.191**

**Nonpriority creditor's name and mailing address**

**FRITZ FARM RETAIL COMPANY LLC**
**PO BOX 740465**
**Atlanta, GA 30374-0465**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.192**

**Nonpriority creditor's name and mailing address**

**FS-1 CONCEPTS LLC**
**14 STRATFORD CT**
**Hattiesburg, MS 39402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Eat Here Brands LLC | | Case number (if known) | 19-61688-wlh |
|---|---|---|---|---|
| | Name | | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FULLSTEAM BREWERY LLC**
**726 RIGSBEE AVENUE**
**Durham, NC 27701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**G. DALE SMITH**
**1941 HIGHWAY 550 NW**
**Brookhaven, MS 39601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GASKET GUY**
**2076 3RD ST**
**Mandeville, LA 70471**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GASKET GUY OF KNOXVILLE**
**PO BOX 53011**
**Knoxville, TN 37950**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,447.95 |
|---|---|---|---|

**GEM RESTAURANT SUPPLY**
**PO BOX 140477**
**Memphis, TN 38114**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,357.66 |
|---|---|---|---|

**GENERAL PARTS LLC**
**PO BOX 9201**
**M110**
**Minneapolis, MN 55480-9201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENERAL WHOLESALE-MARIETTA**
**1595 MARIETTA BLVD**
**Atlanta, GA 30318**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEORGIA CROWN DISTRIBUTING CO**
**100 GEORGIA CROWN DRIVE**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,388.06 |
|---|---|---|---|

**GEORGIA POWER**
**96 ANNEX**
**Atlanta, GA 30396-0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**GERALD J. DIAZ, JR.**
**208 WATERFORD SQUARE**
**Suite 300**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**GODWIN GROUP**
**One Jackson Place**
**Suite 800 PO BOX 531**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOT FRESH BREATH LLC**
**101 ETHAN ALLEN DR**
**Dahlonega, GA 30533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRAPEVINE OF NORTH CAROLINA**
**4375 REPUBLIC COURT**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREAT SOUTHERN EVENTS INC**
**124 SAVE A LOT DRIVE**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eat Here Brands LLC | | Case number (if known) | 19-61688-wlh |
|---|---|---|---|---|
| | Name | | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GUESTLINE INC**
**P. O. BOX. 21908**
**Lancaster, KY 40444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GULF DISTR CO OF BIRMINGHAM**
**3378 MOFFETT RD**
**Mobile, AL 36607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,212.41 |
|---|---|---|---|

**HALIFAX LINEN SERVICE**
**PO BOX 129**
**Roanoke Rapids, NC 27870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,226.30 |
|---|---|---|---|

**HALLORAN SAGE**
**225 ASYLUM STREET**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARRIS BEVERAGE**
**3505 HILLSBOROUGH RD**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARRY TS WHOLESALE**
**758 HWY 43 S**
**Canton, MS 39046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,099.62 |
|---|---|---|---|

**HATCHER HILL & ASSOCIATES GP**
**311 S WEISGARBER ROAD**
**Knoxville, TN 37919**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**HENRY F SKELTON, II**
**500 ANGLERS DRIVE, UNIT 102**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENRY T SMITH CO INC**
**588 S COOPER ST**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HINDS COUNTY TAX COLLECTOR**
**EDDIE FAIR**
**PO BOX 1727**
**Jackson, MS 39215-1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.57 |
|---|---|---|---|

**HOBART SALES AND SERVICE**
**2626 EAST MAGNOLIA AVENUE**
**Knoxville, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOBART SERVICES**
**1011 N FLOWOOD DR**
**Flowood, MS 39232-9593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.80 |
|---|---|---|---|

**HOLIDAY INN EXPRESS**
**112 RIDGE WAY**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOMETOWN MAGAZINES**
**PO BOX 1522**
**Brandon, MS 39043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Eat Here Brands LLC**
Name

Case number (if known)    **19-61688-wlh**

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOOD OF GREATER KNOXVILLE**
7998 GREENBRIAR RD
Talbott, TN 37877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.00 |
|---|---|---|---|

**HOSPITALITY CONTROL SOLUTIONS**
PO BOX 40308
Nashville, TN 37204-0308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.97 |
|---|---|---|---|

**HOT SCHEDULES**
PO BOX 848472
Dallas, TX 75284-8472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOTEL & RESTAURANT SUPPLY INC**
PO BOX 6
Meridian, MS 39302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**HYDRO BLAST HOOD CLEANING SVCS**
2541 W MOUNTAIN CREEK RD
Florence, MS 39073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,523.39 |
|---|---|---|---|

**INLAND ATLANTA-41719**
PO BOX 450669
Atlanta, GA 31145

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,167.13 |
|---|---|---|---|

**INLAND BIRMINGHAM-39766**
PO BOX 450669
Atlanta, GA 31145

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,135.99 |
|---|---|---|---|

**INLAND CHAPEL HILL-41808**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,599.65 |
|---|---|---|---|

**INLAND JACKSON-33017**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,572.94 |
|---|---|---|---|

**INLAND KNOXVILLE-39553**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INLAND LEXINGTON-42969**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,460.90 |
|---|---|---|---|

**INLAND MEMPHIS EAST-41554**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,764.23 |
|---|---|---|---|

**INLAND OVERTON-38470**
**PO BOX 450669**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109,693.38 |
|---|---|---|---|

**INLAND SEAFOOD**
**PO BOX 450669**
**ATTN ACCOUNTS RECEIVABLE**
**Atlanta, GA 31145**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INT'L WINES & CRAFT BEER**
**301 SNOW DRIVE**
**Birmingham, AL 35209-6305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTEGRATED SYSTEMS LLC**
**116 SOUTH MAILN AVENUE**
**Dyersburg, TN 38024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INVESTMENT PARTNERS, LLC**
**114 S. COURT SQUARE**
**McMinnville, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,621.43 |
|---|---|---|---|

**IPFS CORPORATION**
**PO BOX 730223**
**Dallas, TX 75373-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,500.00 |
|---|---|---|---|

**IRBY INVESTMENTS, LLC**
**4027 HILLSBORO PIKE, SUITE 803**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.09 |
|---|---|---|---|

**IRON MOUNTAIN**
**PO BOX 915004**
**Dallas, TX 75391-5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.80 |
|---|---|---|---|

**IT CONNECTIONS LLC**
**406 AMUNDSEN COVE**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eat Here Brands LLC | | Case number (if known) | 19-61688-wlh |
|---|---|---|---|---|
| | Name | | | |

---

**3.242** | Nonpriority creditor's name and mailing address

J.H. HONEYCUTT & SONS, INC
215 EAST HOLLAND STREET
P. O. BOX 391
Chadbourn, NC 28431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address

J.W.AYERS PLUMBING
2075 LIDDELL DR NE
Atlanta, GA 30324

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address

JACKSON BREAD CO
655 LAKE HARBOUR DRIVE
SUITE 500
Ridgeland, MS 39157

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address

JACKSON FREE PRESS INC
125 S CONGRESS ST #1324
Jackson, MS 39201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address

JAMES W. CORLEY
6658 YOSEMITE LANE
Dallas, TX 75214

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address

JEFFERSON COUNTY DEPT OF REV.
REVENUE ALCOHOL BEV TAX REPORT
PO BOX 12025
Birmingham, AL 35283-2025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address

JEMCO, LLC
46 CALUMET COURT
Madison, MS 39110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEREMY GLISSON**
**1703 OLD FANNIN RD  APT E10**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE ROBERTSON**
**1106 LEGACY LAKE CIRCLE**
**APT #202**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOANNE SHELLEY**
**7520 WINTERS CHAPEL RD**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JODI CARY**
**840 BRIDGE POINT**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JODI MEDINA**
**840 BRIDGE POINTE COURT**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHN TOMASEVICH**
**11051 BERKELY CLUB DRIVE**
**APT. 105**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOHNNIE THOMAS**
**5811 RIVER ROAD**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Eat Here Brands LLC** | Case number (*if known*) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JOHNSON BROTHERS MUTUAL DISTRI**<br>**1133 UPPER ARBURY AVE**<br>**Charlotte, NC 28206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JONES MCLEOD INC**<br>**1530 ALTON RD**<br>**PO BOX 101329**<br>**Birmingham, AL 35210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JUD HEUBACH**<br>**486 ANNANDALE PKWY**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
| | **KATHLEEN HOUSE HARDIN, ROTH TR**<br>**2210 HERITAGE HILL DR**<br>**Jackson, MS 39211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **KENTUCKY EAGLE INC**<br>**2440 INNOVATION DR**<br>**Lexington, KY 40511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **KENTUCKY STATE TREASURER**<br>**KENTUCKY DEPT OF REVENUE**<br>**Frankfort, KY 40618-0010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __NOTICE ONLY__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $278.78 |
| | **KENTUCKY WINDOW CLEANING**<br>**PO BOX 24039**<br>**Dayton, OH 45424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
| --- | --- | --- | --- |
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.70 |
| --- | --- | --- | --- |

**KETER ENVIRONMENTAL SERVICES**
P.O. BOX 417468
Boston, MA 02241-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KIM PARR**
9755 DOGWOOD ROAD
SUITE 200
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KNOX COUNTY TRUSTEE**
P.O BOX 70
Knoxville, TN 37901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KNOXVILLE BEVERAGE COMPANY INC**
PO BOX 51628
Knoxville, TN 37950-1628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.10 |
| --- | --- | --- | --- |

**KNOXVILLE CULLIGAN WATER**
11150 Outlet Drive
Knoxville, TN 37932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**KNOXVILLE TENESSEE**
301 S GAY STREET
Knoxville, TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,501.79 |
| --- | --- | --- | --- |

**KU A PPL COMPANY**
PO BOX 9001954
Louisville, KY 40290-1954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KUB**
**PO BOX 59017**
**Knoxville, TN 37950-9017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LA CENTRAL CLEANING LLC**
**2020 HOWELL MILL RD # 201**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**LAMAR COMPANIES**
**PO BOX 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,706.00 |
|---|---|---|---|

**LANE MECHANICAL INC.**
**515 INDUSTRIAL WAY NORTH**
**Dallas, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAST DAYS OF AUTUMN BREWING**
**808 EAST MAGNOLIA AVE**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN IANNACO**
**236 ROSS MOORE AVE**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEXINGTON POLICE DEPARTMENT**
**150 EAST MAIN STREET**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LEXINGTON RETAIL COMPANY, LLC**
**C/O BAYER PROPERTIES, LLC**
**2222 ARLINGTON AVENUE**
**Birmingham, AL 35205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LFUCG**
**150 E MAIIN ST**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LIGHT BULB DEPOT**
**PO BOX 410**
**Aurora, MO 65605-0410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LINCOIN ROAD PACKAGE STORE**
**2800 LINCOIN ROAD**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LIPMAN BROTHERS**
**PO BOX 280300**
**411 GREAT CIRCLE RD**
**Nashville, TN 37228-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**LONDON AMERICAN INSURANCE CO.**
**8401 NORTH CENTRAL EXPRESSSWAY**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LONG BEVERAGE**
**10500 WORLD TRADE BLVED**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |

Name

---

**3.284**

Nonpriority creditor's name and mailing address
**LOOMIS**
**DEPT 0757  PO BOX 120757**
**Dallas, TX 75312-0757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,121.79**

---

**3.285**

Nonpriority creditor's name and mailing address
**LS SCREENING LLC**
**PO BOX 2051**
**Leander, TX 78646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7.95**

---

**3.286**

Nonpriority creditor's name and mailing address
**LYNN WALL**
**139 NORTH NATCHEZ**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,666.67**

---

**3.287**

Nonpriority creditor's name and mailing address
**MALORY FORLITI**
**250 PIEDMONT AVE NE UNIT 1011**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.288**

Nonpriority creditor's name and mailing address
**MARCUS COLEMAN**
**1321 8TH ST**
**Pleasant Grove, AL 35127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.289**

Nonpriority creditor's name and mailing address
**MARSHALL'S LANDSCAPE MAINT LLC**
**19150 HIGHWAY 18**
**Raymond, MS 39154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290**

Nonpriority creditor's name and mailing address
**MARY WALLACE**
**6450 POPLAR AVE SUITE 101**
**Memphis, TN 38119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,311.95** |
|---|---|---|---|

**MCCARTNEY PRODUCE LLC**
**P.O. BOX 219**
**Paris, TN 38242**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MECHANICAL SYSTEMS COMPANY LLC**
**3965 OLD GETWELL ROAD**
**Memphis, TN 38118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**MELISSA LIBBY & ASSOCIATES INC**
**1425 ELLSWORTH INDUSTRIAL BLVD**
**SUITE 10**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**MELISSA SKELTON**
**133 CAMDEN LANE**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**MEMPHIS BOTANIC GARDEN FDN**
**750 CHERRY RD**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,231.00** |
|---|---|---|---|

**MEMPHIS LIGHT GAS & WATER DIV**
**PO BOX 388**
**Memphis, TN 38145-0388**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEMPHIS MADE BREWING**
**768 SOUTH COOPER**
**Memphis, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

---

**3.298**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **MEMPHIS RESTAURANT ASSOCIATION**<br>PO BOX 770027<br>Memphis, TN 38177-0027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **NOTICE ONLY** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.299**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **MEMPHIS/SHELBY CO METRO ALARM**<br>125 NORTH MAIN ROOM 1B20<br>Memphis, TN 38103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **NOTICE ONLY** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.300**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **METRO COMMUNICATIONS INC**<br>PO BOX 13668<br>Jackson, MS 39236-3668 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **NOTICE ONLY** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.301**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.78 |
|---|---|---|
| **METRO FIRE SYSTEMS INC**<br>1327 GALLATIN STREET<br>Jackson, MS 39201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.302**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|
| **MICHAEL J ANTHONY, IRA**<br>4525 COLE AVENUE, APT 1101<br>Dallas, TX 75205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.303**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,916.67 |
|---|---|---|
| **MICHAEL S. FORTENBERRY**<br>3941 EASTWOOD DRIVE<br>Jackson, MS 39211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.304**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **MICHELLE LAVERTY**<br>1796 NELSON AVE<br>Memphis, TN 38114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **NOTICE ONLY** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIMS DISTRIBUTING COMPANY**
**8605 EBENEZER CHURCH RD**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MISSISSIPPI DEPT OF REVENUE**
**PO BOX 1033**
**Jackson, MS 39215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MISSISSIPPI ECONOMIC COUNCIL**
**STATE CHAMBER OF COMMERCE**
**PO BOX 23276**
**Jackson, MS 39225-3276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $895.00 |
|---|---|---|---|

**MISSISSIPPI MAGAZINE**
**5 LAKELAND CIRCLE**
**PO BOX 16445**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MISSISSIPPI SERVICES**
**PO BOX 12847**
**Jackson, MS 39236-2847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOBILE FIXTURE**
**1155 MONTLIMAR DRIVE**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Moon & Hines, LLC**
**P. O. BOX 3216**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | | Case number *(if known)* | **19-61688-wlh** |
|--------|------|-|-------|------|
| | Name | | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|

**MOORE'S CARPET CARE**
**PO BOX 365**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,456.38 |
|-------|------|------|------|

**MORRISON AND FOERSTER LLP**
**PO BOX 742335**
**Los Angeles, CA 90074-2335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,198.09 |
|-------|------|------|------|

**MPE SERVICES LLC**
**7787 HIGHWAY 75**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|-------|------|------|------|

**MS BEES**
**PO BOX 1015**
**Flora, MS 39071**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|

**NATIONAL DISTRIBUTING CO-ATL**
**1 NATIONAL DR. SW**
**Atlanta, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|

**NATIONAL FOOD EQUIPMENT SVCS**
**2201 BRENTWOOD ROAD**
**STE 107**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|------|------|------|

**NETWORK BILLING SYSTEMS LLC DB**
**PO BOX 392193**
**Pittsburgh, PA 15251-9193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Eat Here Brands LLC** | | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NEXAIR LLC**
**PO BOX 125**
**Memphis, TN 38101-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.07**

**NOVATECH INC**
**PO BOX 740865**
**Atlanta, GA 30374-0865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,501.13**

**NUCO2 LLC**
**PO BOX 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**OBSIDIAN PUBLIC RELATIONS LLC**
**493 S MAIN ST**
**SUITE 101**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.33**

**OFF THE DOCK FRESH SEAFOOD**
**PO BOX 18811**
**Memphis, TN 38181**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OFF THE LOT DETAILING**
**125 AVIAN LN**
**Jackson, MS 39204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OGLETREE DEAKINS NASH SMOAK**
**PO BOX 89**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,048.06 |

**ONEPOINT**
**PO BOX 1849**
**Woodstock, GA 30188-1369**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORANGE CO. LBD**
**1800 E FRANKLIN**
**  NC 28514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORANGE CO. TAX OFFICE-RENEWAL**
**PO BOX 8181**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORANGE WATER AND SEWER AUTHORI**
**PO BOX 602659**
**Charlotte, NC 28260-2659**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORIGIN BANK**
**1101 ROC LANE**
**Ruston, LA 71270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORIGIN BANK**
**HIGHLAND COLONY FINANCIAL CTR**
**1063 HIGHLAND COLONY PARKWAY**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORIGINAL GRIT GIRL**
**PO BOX 3023**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __**NOTICE ONLY**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,626.00** |
|---|---|---|---|

**OVERTON SQUARE SOUTH LLC**
**PO BOX 171247**
**Memphis, TN 38187-1247**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PAINTING AND FAUX FINISHING**
**JARED MCDADE**
**4054 OWEN RD.,**
**Memphis, TN 38122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PARTNERS IN EDUCATION**
**1000 NORTH CENTRAL AVENUE**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**PAUL BROOKS EASON**
**103 OAKHURST TRAIL**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PAVILION BUILDING LLC**
**PAVILION CENTER C/O EQUITABLE**
**1215 HIGHTOWER TRAIL**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00** |
|---|---|---|---|

**PAYTRONIX SYSTEMS INC**
**80 BRIDGE ST**
**SUITE 400**
**Newton, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PC CONNECTION SALES CORP**
**PO BOX 536472**
**Pittsburgh, PA 15253-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.68 |
|---|---|---|---|

**PENNINGTON & TRIM ALARM**
**4374 MANGUM DR  STE C**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,870.74 |
|---|---|---|---|

**PHELPS DUNBAR LLP**
**PO BOX 974798**
**Dallas, TX 75397-4798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHOENIX COMMUNICATIONS CORP**
**6949 APPLING FARMS PKWY**
**SUITE 101**
**Memphis, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,360.56 |
|---|---|---|---|

**PHOENIX WHOLESALE FOOD SERVICE**
**16 FOREST PARKWAY BUILDING J**
**Forest Park, GA 30297**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,832.21 |
|---|---|---|---|

**PIAZZA PRODUCE& SPECIALTY FOOD**
**PO BOX 68931**
**Indianapolis, IN 46268-0931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIEDMONT NATURAL GAS**
**PO BOX 660920**
**Dallas, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PINNACLE IMPORTS**
**3075 MORGAN ROAD**
**Bessemer, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PINNACLE TRUST**
**ATT: JEREMY NELSON**
**101 PORT ST. SUITE 200**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIP MARKETING SIGNS PRINT**
**420 CHRISTINE DRIVE**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**PLANTED EARTH INC.**
**3365 MOUNTAINSIDE RD**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PR PRODUCTIONS**
**2625 PIEDMONT**
**RD NE SUITE 56-402**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.92 |
|---|---|---|---|

**PREMIER GREASE**
**PO BOX 3535**
**Alpharetta, GA 30023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRIME WINE AND SPIRITS**
**3137 CHESTNUT DRIVE**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRO KLEEN LLC**
**PO BOX 660284**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eat Here Brands LLC**

Name

Case number *(if known)*    **19-61688-wlh**

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PRO TEC FIRE SYSTEMS INC**
**5455 CRESTVIEW RD**
**SUITE 20**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.55 |
|---|---|---|---|

**PSNC ENERGY**
**P O BOX 100256**
**Columbia, SC 29202-3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUALITY WINE & SPIRITS**
**2279 DEFOOR HILLS ROAD**
**Atlanta, GA 30318-2203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**QUINLEY & WHITWORTH HONEY**
**720 GRIFFIN ROAD**
**Mason, TN 38049**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**RADIOLOGICAL GROUP, PA 401 (K)**
**412 MAPLE LANE**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**RADIOLOGICAL GROUP, PA 401 (K)**
**25 EASTBROOKE CIRCLE**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RANKIN COUNTY TAX COLLECTOR**
**JUDY FORTENBERRY**
**211 E GOVERNMENT ST  STE B**
**Brandon, MS 39042-3269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAPHAEL SEMMES III**
PO BOX 16242
Jackson, MS 39236-6242

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RDSTUDIO INC**
33 LIVINGSTON AVENUE
Valhalla, NY 10595

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**REBECCA WARE HALTOM, IRA**
110 GREEN GLADES
Ridgeland, MS 39157

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.60 |
|---|---|---|---|

**REBEL HIGH VELOCITY SEWER SERV**
333 WILMINGTON STREET
Jackson, MS 39204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGENCY SUITES HOTEL**
975 WEST PEACHTREE STREET
Atlanta, GA 30309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REMCO**
995 YEAGER PARKWAY
Pelham, AL 35124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REPUBLIC NATIONAL DISTRIBUTING**
PO BOX 37100
Louisville, KY 40233-7100

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

---

**3.368**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RESIDENCE INN B'HAM DOWNTOWN**<br>**821 20TH STREET SOUTH**<br>**Birmingham, AL 35205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RESIDENCE INN CHAPEL HILL**<br>**101 ERWIN RD CHAPLE HILL**<br>**Chapel Hill, NC 27514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.370**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|
| **RICHARD A WARREN, IRA**<br>**103 PIMLICO DRIVE**<br>**Brandon, MS 39042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.371**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,916.67 |
|---|---|---|
| **RICHARD L EATON**<br>**P.O. BOX 14067**<br>**Jackson, MS 39236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RJ YOUNG COMPANY INC**<br>**MSC 7511**<br>**PO BOX 415000**<br>**Nashville, TN 37241-7511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.373**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,254.33 |
|---|---|---|
| **ROBERTSON PRODUCE MISSISSIPPI**<br>**1530 BUSINESS PARK DRIVE**<br>**Clinton, MS 39056** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.374**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,333.33 |
|---|---|---|
| **ROBIN C. SELBY RLT**<br>**1360 PLAYMOOR DRIVE**<br>**Palm Harbor, FL 34683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,300.50 |

**ROETZEL & ANDRESS, P.A.**
**222 SOUTH MAIN STREET**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**ROGER G. AND JAN E. FOSTER**
**1120 POINTE COVE**
**Brandon, MS 39042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**ROLLING MEADOWS, LP**
**PO BOX 3216**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RONALD ROSATI**
**201 FLORIDA ALE**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,333.33 |

**RONALD ROSATI**
**P. O. BOX 3216**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.69 |

**ROOFTOP SOLUTIONS**
**2019 CORPORATE LANE SUITE 119**
**Chicago, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ROYAL CUP COFFEE**
**PO BOX 206011**
**Dallas, TX 75320-6011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$672.00**

**S&S MANAGEMENT GROUP LLC**
**PO BOX 733803**
**Dallas, TX 75373-3803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00**

**S. RANDY EASTERLING, MD**
**607 TIFFINTOWN ROAD**
**Vicksburg, MS 39183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.55**

**SAFEGUARD BUSINESS SYSTEMS**
**PO BOX 645624**
**Cincinnati, OH 45264-5624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,244.97**

**SALUS 33 PEACHTREE PLACE**
**c/o NINE 15 MIDTOWN**
**915 WEST PEACHTREE STREET NW**
**Atlanta, GA 30309**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SAMANAGE USA INC**
**DEPT CH 10719**
**Palatine, IL 60055-0719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,218.50**

**SAR & ASSOCIATES INC**
**73 WOODSTOCK ROAD**
**Roswell, GA 30075-3560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,249.89**

**SARD & LEFF LLC**
**3789 ROSWELL ROAD**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number *(if known)* | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

SAT/DT, LLC
C/O ASHLEY TILLMAN
600 JEFFERSON DRIVE
Charlotte, NC 28270-5348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

SAT/DT, LLC
C/O SARAH A. TILLMAN
600 JEFFERSON DRIVE
Charlotte, NC 28270-5143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

SAVANNAH DISTRIBUTING CO INC
2860 BANKERS INDUSTRI
Atlanta, GA 30360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

SEAN CHISOLM
9755 DOGWWOOD ROAD STE 200
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,011.33 |
|---|---|---|---|

SHERATON CHAPEL HILL
ONE EUROPA DRIVE
Chapel Hill, NC 27517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

SHOFFNER KALTHOFF MES INC
PO BOX 10048
Knoxville, TN 37939-0048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,916.67 |
|---|---|---|---|

SIDNEY P. ALLEN, JR., IRA
200 BRAE BURN DRIVE
Jackson, MS 39211-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Eat Here Brands LLC | | Case number (if known) | 19-61688-wlh |
|---|---|---|---|---|
| | Name | | | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMMONS FARM RAISED CATFISH**
2628 ERICKSON ROAD
Yazoo City, MS 39194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.39 |
|---|---|---|---|

**SMART CARE EQUIPMENT SOLUTIONS**
PO BOX 74008980
Chicago, IL 60674-8980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SMILEY PETE PUBLISHING LLC**
PO BOX 658
Lexington, KY 40588-0658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.36 |
|---|---|---|---|

**SMITH FIXTURE CO INC**
257 EAST GEORGIA
Memphis, TN 38126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,563.54 |
|---|---|---|---|

**SNAGAJOB COM INC**
32978 COLLECTION CENTER DRIVE
Chicago, IL 60693-0329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOEFKER SERVICES LLC**
1568 PANAMA ST
Memphis, TN 38108-1919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.81 |
|---|---|---|---|

**SOUTH CENTRAL AV**
PO BOX 633497
Cincinnati, OH 45263-3497

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SOUTHERN BEVERAGE CO**
**1939 DAVIS**
**Richland, MS 39218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SOUTHERN GLAZER'S OF KY**
**PO BOX 991399**
**Louisville, KY 40269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SOUTHERN GLAZERS**
**6290 SHELBY VIEW**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SOUTHERN GLAZERS WINE & SPIRIT**
**337 INDUSTRIAL DR**
**Jackson, MS 39209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SPECTACULAR FLOORING**
**TIMOTHY PECK**
**2462 GINA DRIVE**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,214.56 |
|---|---|---|---|

**SPIRE**
**PO BOX 2224**
**Birmingham, AL 35246-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,666.67 |
|---|---|---|---|

**STACK & MOYER FAMILY HLDG LLC**
**1308 POST DRIVE**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,755.67**

**STAN STOUT**
**9755 DOGWOOD RD**
**SUITE 200**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**STANLEY ENVIRONMENTAL SOLUTION**
**131 MARIPOSA ROAD**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00**

**STATE SYSTEMS INC**
**PO BOX 372**
**DEPT 90**
**Memphis, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**STEELE ENTERPRISES LANDSCAPE S**
**PO BOX 1277**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**STERLING INFOSYSTEMS, INC.**
**1 STATE STREET PLAZA, 24TH FL**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**STEVEN A ROCKWELL**
**2919 CAVES ROAD**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00**

**STEVEN G. COLLINS**
**101 FAIRVIEW AVENUE**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Eat Here Brands LLC**
_____
Name

Case number (if known)    **19-61688-wlh**
_____

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEVEN ROCKWELL**
**40 EAST 89TH STREET APT 4H**
**New York, NY 10128-1216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STRATEGIC EQUIPMENT AND SUPPLY**
**PO BOX 654020**
**Dallas, TX 75265-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,048.31 |
|---|---|---|---|

**SUNRISE PRODUCE JACKSON**
**4229 MICHAEL AVALON ST**
**Jackson, MS 39209**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SWANI GONZALEZ**
**875 HUNTERHILL DRIVE**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213.47 |
|---|---|---|---|

**SYNERGY**
**PO BOX 2960**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,571.79 |
|---|---|---|---|

**SYSCO ATLANTA - 684530**
**1000 SYSCO DRIVE**
**Calera, AL 35040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,494.90 |
|---|---|---|---|

**SYSCO BIRMINGHAM- 621110**
**1000 SYSCO DRIVE**
**Calera, AL 35040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.424**

**Nonpriority creditor's name and mailing address**

**SYSCO CENTRAL ALABAMA**
**1000 Sysco Drive**
**Calera, AL 35040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$2,330.22

---

**3.425**

**Nonpriority creditor's name and mailing address**

**SYSCO CHAPEL HILL  892331**
**PO BOX 96**
**Concord, NC 28026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$25,080.32

---

**3.426**

**Nonpriority creditor's name and mailing address**

**SYSCO CHARLOTTE LLC**
**P O BOX 96**
**Attn Cashier**
**Concord, NC 28026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.427**

**Nonpriority creditor's name and mailing address**

**SYSCO JACKSON LLC**
**PO BOX 2900**
**Jackson, MS 39207-2900**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$94,433.08

---

**3.428**

**Nonpriority creditor's name and mailing address**

**SYSCO KNOXVILLE LLC**
**900 TENNESSEE AVENUE**
**Knoxville, TN 37921-2630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$63,994.93

---

**3.429**

**Nonpriority creditor's name and mailing address**

**SYSCO KNOXVILLE LLC 195891**
**900 TENNESSEE AVENUE**
**Knoxville, TN 37921-2630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.430**

**Nonpriority creditor's name and mailing address**

**SYSCO LEXINGTON LLC  233668**
**900 TENNESSEE AVENUE**
**Knoxville, TN 37921-2630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$44,705.04

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,544.42** |
|---|---|---|---|

**SYSCO MEMPHIS**
**4359 BF GOODRICH BLVD**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,016.02** |
|---|---|---|---|

**SYSCO MEMPHIS EAST  816355**
**4359 B F GOODRICH**
**Memphis, TN 38118-7306**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,473.29** |
|---|---|---|---|

**SYSCO OVERTON-741751**
**4359 B.F GOODROCH BLVD**
**Memphis, TN 38118-7306**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**T&S FIRE SECURITY**
**3025 RANDLEMAN ROAD**
**Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**TAYLOR ENGLISH DUMA LLP**
**1600 PARKWOOD CIRCLE**
**SUITE 400**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.18** |
|---|---|---|---|

**TEA & COFFEE AMERICA**
**1070 LINDBERGH DRIVE**
**Beaumont, TX 77707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$782.86** |
|---|---|---|---|

**TECH 24-COMMERCIAL FOODSERVICE**
**PO BOX 638959**
**Cincinnati, OH 45263-8959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Eat Here Brands LLC | Case number (if known) | 19-61688-wlh |
|---|---|---|---|
| | Name | | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TENNESSEE ALCOHOLIC BEV COMM'N**
**DAVY CROCKETT TOWER**
**3RD FLOOR, 500 JAMES ROBERTSON**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE ONLY **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE DISH OUTLET INC**
**242B BIG RUN ROAD**
**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE ONLY **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE DOOR DOCTORS INC**
**652 CORT CIRCLE NE**
**Birmingham, AL 35215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE ONLY **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE DRAINAGE SOLUTION COMPANY**
**PO BOX 67**
**Elm City, NC 27822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE ONLY **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,958.00 |
|---|---|---|---|

**THE FLATEMAN ROTHMAN LAW FIRM**
**500 FIFTH AVENUE, SUITE 2400**
**New York, NY 10110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.41 |
|---|---|---|---|

**THE FLOWER GIRLS**
**2460 MEADOWBROOK ROAD**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.13 |
|---|---|---|---|

**THE HILLER COMPANIES**
**PO BOX 935434**
**Atlanta, GA 31193-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Eat Here Brands LLC**

Name

Case number (if known)    **19-61688-wlh**

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THE ICEBOX
700 LAKE AVENUE
Atlanta, GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THE KERNER FAMILY 944 CANTON L
90 CLIFFSIDE CROSSING
Atlanta, GA 30350

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THE KITCHEN GUYS LLC
1181 MILLBRIDGE LANE
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THE O'KEEFE GROUP INC
17 BANK STREET
PO BOX 1240
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THEODORE STAPLETON
2802 PACES FERRY ROAD, SE
SUITE 100-B
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

THROWER ELECTRIC INC
165 BOBBY BOSS DR
Loganville, GA 30052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,279.00 |
|---|---|---|---|

TIM J ANTIGNANE
2004 CALIBRE CREEK PKWY
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Eat Here Brands LLC** | | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.70 |
|---|---|---|---|

**TIME WARNER CABLE**
**PO BOX 70872**
**Charlotte, NC 28272-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIME WARNER CABLE**
**PO BOX 1060**
**Carol Stream, IL 60132-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIMOTHY ANTIGNANE**
**622 DULING AVE**
**SUITE 106**
**Jackson, MS 39211-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**TITANS ELECTRICAL INC**
**8421 OLD BROWNSVILLE RD**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**TODD HINES**
**P. O. BOX 3216**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,460.84 |
|---|---|---|---|

**TOTAL EQUIPMENT MAIN CO INC**
**550 PEARL PARK PLAZA**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**TOTAL MAINTENANCE & CONSTR**
**5810 WILLOW SPRINGS DR**
**Millington, TN 38053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

**3.459**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TOWN OF CHAPEL HILL<br>C/O FIRE RECOVERY USA, LLC<br>PO BOX 935667<br>Atlanta, GA 31193-5667 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.460**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.20 |
|---|---|---|
| TOWNEPLACE SUITES KNOXVILLE<br>205 LANGLEY PLACE<br>Knoxville, TN 37922-2352 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.461**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TOWNEPLACE SUITES MARRIOTT<br>500 WILDWOOD CIRCLE N<br>Birmingham, AL 35209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.462**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TRAMONTE & SONS LLC<br>3850 WELDEN DR<br>Lebanon, OH 45036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.463**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TRI-TECH PRESSURE WASHING INC<br>120 RIVERS EDGE WAY<br>Lancaster, KY 40444 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.464**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TRIANGLE REFRIGERATION SERVICE<br>739 PERSHING RD<br>Raleigh, NC 27608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.465**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| TRIPLE C DISTRIBUTING COMPANY<br>PO BOX 10068<br>Knoxville, TN 37939-0068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __NOTICE ONLY__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,060.14 |
|---|---|---|---|

**TRITEX SERVICES**
**PO BOX 962**
**Trenton, GA 30752**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.00 |
|---|---|---|---|

**TROY BOWENS**
**2551 ELMS COURT  APT 4**
**Memphis, TN 38128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRYON**
**4701 STOCKHOLM CT**
**Charlotte, NC 28273-5901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ULTIMATE DISTRIBUTORS**
**1376 HILLS PI NW**
**Atlanta, GA 30318**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UNISHIPPERS INC**
**3337 NORTH HULLEN ST SUITE 300**
**Metairie, LA 70002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UNITED DAIRY FARMERS, INC.**
**3955 MONTGOMERY ROAD**
**Cincinnati, OH 45212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UNITED DISTRIBUTORS INC**
**5500 UNITED DRIVE**
**Smyrna, GA 30082**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number (if known) | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNITED STATES TREASURY**
PO BOX 9941, STOP 6552
Ogden, UT 84409-0941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNITED-JOHNSON BROTHERS OF ALA**
6000 GREENWOOD PKWY, STE 100
Bessemer, AL 35022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US ASSURE INC**
PO BOX 935597
Atlanta, GA 31193-5597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VALLEY PRODUCE INC**
7130 SMALL CREEK WAY
Powell, TN 37849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VISUAL RENAISSANCE  PHOTO.**
945 COLLEGE PLACE CT
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WAVERLY RETAIL LLC**
301 S COLLEGE ST
SUITE 2800
Charlotte, NC 28202-6021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WEBBMASON MARKETING**
PO BOX 62414
Baltimore, MD 21264-2414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Eat Here Brands LLC**
_____
Name

Case number (if known)    **19-61688-wlh**

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WELLS FARGO**
**PO BOX 6434**
**Carol Stream, IL 60197-6434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WELLS FARGO FINANCIAL LEASING**
**PO BOX 10306**
**Des Moines, IA 50306-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WEST TENNESSEE CROWN DIST CO**
**7625 APPLING CENTER DRIVE**
**Memphis, TN 38133-5069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**WESTERMAN, HATTORI, ET AL. LLP**
**1250 CONNECTICUT AVE N.W.**
**SUITE 700**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,322.02 |
|---|---|---|---|

**WHALEY FOOD SERVICE**
**PO BOX 615**
**Lexington, SC 29071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**WHEATON FOUNDATION**
**P.O. BOX 14067**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,510.00 |
|---|---|---|---|

**WIER BOERNER ARCHITECTURE PLLC**
**2727 OLD CANTON RD**
**STE. 200**
**Jackson, MS 39216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|
| | Name | | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILSON & WILSON IRRIGATION**
**2610 LAKELAND DRIVE**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILSON SAFE COMPANY**
**PO BOX 5310**
**3031 ISLAND AVE**
**Philadelphia, PA 19142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,933.52 |
|---|---|---|---|

**WISELY INC**
**120 WEST WASHINGTON**
**SUITE G 2ND FLOOR**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**XCELERATE NETWORKS**
**3108 6TH AVENUE SOUTH**
**Birmingham, AL 35233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**XTREEM CLEAN**
**9604 CHI CHI LANE**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YELP INC**
**140 NEW MONTGOMERY ST**
**9TH FLOOR**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZURICH NORTH AMERICA**
**PO BOX 4664**
**Carol Stream, IL 60197-4664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Eat Here Brands LLC**
_____
Name

Case number (if known)    **19-61688-wlh**
_____

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **27,600.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **3,321,105.22** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **3,348,705.22** |

**Fill in this information to identify the case:**

Debtor name        **Eat Here Brands LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-61688-wlh**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Employee termination agreement** |
| State the term remaining | **2 bi-weekly payroll payments** |
| List the contract number of any government contract | **ABELARDO RUIZ 875 HUNTERHILL DRIVE Roswell, GA 30075** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Linens** |
| State the term remaining | **1 year, 5 months** |
| List the contract number of any government contract | **Ameripride 10801 Wayzata Blvd Hopkins, MN 55305** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Uniforms** |
| State the term remaining | **1 year, 5 months** |
| List the contract number of any government contract | **Aramark Uniform Services 10801 Wayzata Blvd. Hopkins, MN 55305** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Cleaning supplies** |
| State the term remaining | **9 months** |
| List the contract number of any government contract | **Ecolab, Inc. 1 Ecolab Place Saint Paul, MN 55102** |

| Debtor 1 | **Eat Here Brands LLC** | | | Case number (*if known*) | **19-61688-wlh** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Food** | |
|---|---|---|---|
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **Edward Don & Company, LLC**<br>**9801 Adam Don Parkway**<br>**Woodridge, IL 60517** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Myster Diner** | |
|---|---|---|---|
| | State the term remaining | **5 months** | |
| | List the contract number of any government contract | | **EMG3, LLC**<br>**380 US Route 1**<br>**Falmouth, ME 04105** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Phone messaging hold music** | |
|---|---|---|---|
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **Forsyth Consulting, Inc.**<br>**PO Box 530728**<br>**Birmingham, AL 35253** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Produce** | |
|---|---|---|---|
| | State the term remaining | **2 years, 7 months** | **Fresh Concepts**<br>**25109 Jefferson Avenue**<br>**Suite 305**<br>**Murrieta, CA 92562** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Cash card for employee pay** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **Global Cash Card**<br>**7 Corporate Park**<br>**Suite 130**<br>**Irvine, CA 92606** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **POS System** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Hospitality Control Solutions**<br>**1301 8th Avenue S**<br>**Nashville, TN 37203** |
| | List the contract number of any | | |

Debtor 1  **Eat Here Brands LLC** _____ _____   Case number *(if known)*   **19-61688-wlh**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Billboard advertising** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Lamar**<br>**PO Box 24613**<br>**Knoxville, TN 37933** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Currency services** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Loomis Armored US LLC**<br>**2500 City West Blvd**<br>**Suite 900**<br>**Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Public relations** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Melissa Libby & Associates**<br>**1425 Ellsworth Ind. Blvd NW**<br>**Atlanta, GA 30318** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Phone system** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **NBS**<br>**155 Willbrook Blvd.**<br>**Wayne, NJ 07470** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **NCR Hosted Solutions**<br>**864 Sprin Street NW**<br>**Atlanta, GA 30308** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Eat Here Brands LLC** | | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **lease for corporate office**

**9755 Dogwood Road
Suite 200
Roswell, GA 30075**

State the term remaining — **month to month**

List the contract number of any government contract

**PAVILION BUILDING LLC
PAVILION CENTER C/O EQUITABLE
1215 HIGHTOWER TRAIL
Atlanta, GA 30350**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Payroll Service**

State the term remaining — **1 year, 4 months**

List the contract number of any government contract

**Paycor
4811 Montgomery Rd
Cincinnati, OH 45212**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Building contractor**

State the term remaining — **until construction complete**

List the contract number of any government contract

**S.A.R. & Associates LLC
73 Woodstock Road
Roswell, GA 30075**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Software**

State the term remaining — **6 months**

List the contract number of any government contract

**Samnage North America
117 Edinburgh South
Suite 100
Cary, NC 27511**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Food**

State the term remaining

List the contract number of any government contract

**Sysco
1390 Enclave Parkway
Houston, TX 77077-2099**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Software**

State the term remaining — **8 months**

**TeamViewer GmbH
PO Box 743135
Atlanta, GA 30374-3135**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Eat Here Brands LLC** | | | Case number *(if known)* | **19-61688-wlh** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Fountain equipment** | |
|---|---|---|---|
| | State the term remaining | **2 years, 6 months** | **The Coca-Cola Company** |
| | List the contract number of any government contract | | **1 Coca-Cola Plaza NW** |
| | | | **Atlanta, GA 30313** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Wisely, Inc.** |
| | List the contract number of any government contract | | **120 W Washington** |
| | | | **Suite G** |
| | | | **Ann Arbor, MI 48104** |

**Fill in this information to identify the case:**

Debtor name __**Eat Here Brands LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**19-61688-wlh**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Babalu Atlanta # 1 LLC** | **33 Peachtree Place NE Atlanta, GA 30309** | **SALUS 33 PEACHTREE PLACE** | ☐ D ____ ■ E/F __3.385__ ☐ G ____ |
| 2.2 | **Babalu Atlanta #2, LLC** | **944 Canton St. Roswell, GA 30075** | **THE KERNER FAMILY 944 CANTON L** | ☐ D ____ ■ E/F __3.446__ ☐ G ____ |
| 2.3 | **Babalu Birmingham #1, LLC** | **2808 7th Avenue South Birmingham, AL 35233** | **29 SEVEN LLC C/O RETAIL SPC.** | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.4 | **Babalu Knoxville #1, LLC** | **412 S. Gay Street Knoxville, TN 37902** | **HATCHER HILL & ASSOCIATES GP** | ☐ D ____ ■ E/F __3.213__ ☐ G ____ |
| 2.5 | **Babalu Memphis #1, LLC** | **2115 Madison Avenue Memphis, TN 38104** | **OVERTON SQUARE SOUTH LLC** | ☐ D ____ ■ E/F __3.333__ ☐ G ____ |

| Debtor | **Eat Here Brands LLC** | | Case number *(if known)* | **19-61688-wlh** |
|--------|-------------------------|--|--------------------------|------------------|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Babalu Memphis #2, LLC** | **6450 Poplar Avenue** **Memphis, TN 38119** | **CROWNE CENTRE LLC** | ☐ D _____ ■ E/F  **3.122** ☐ G _____ |

| 2.7 | **Babalu, LLC** | **622 Duling Avenue** **Jackson, MS 39216** | **FONDREN PLACE DEVELOPMENT CO** | ☐ D _____ ■ E/F  **3.175** ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Eat Here Brands LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-61688-wlh**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.               **These amounts include the consolidated revenue of all Eat Here Brands, LLC subsidiaries.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$11,794,214.43 |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$20,657,401.82 |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$20,023,009.35 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Eat Here Brands LLC**                                          Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **29 SEVEN LLC  C/O RETAIL SPECIALIST INC** PO BOX 531247 Birmingham, AL 35253-1247 | 5/13/2019 5/23/2019 6/12/2019 | $34,322.10 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Rent** |
| 3.2.  **3 OWL INC** 135 AUBURN AVENUE NE FLOOR 2 Atlanta, GA 30303 | 5/16/2019 | $10,009.20 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.3.  **900 SHORT NORTH LLC** 3955 MONTGOMERY ROAD Cincinnati, OH 45212 | 5/15/2019 6/14/2019 | $55,838.90 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Rent** |
| 3.4.  **ADVANTAGE LINEN & UNIFORM** 751 ENTERPRISE DRIVE Lexington, KY 40510 | 5/1/2019 5/14/2019 5/23/2019 5/29/2019 6/24/2019 6/24/2019 | $6,734.49 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5.  **ALABAMA ABC BEVERAGE** 2911 SEVENTH AVENUE SOUTH Birmingham, AL 35233 | 6/11/2019 5/2/2019 5/31/2019 5/17/2019 5/23/2019 6/6/2019 6/20/2019 6/28/2019 5/10/2019 | $21,505.84 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.6.  **ALCOHOLIC BEVERAGE CONTROL MISSISSIPPI DEPT OF REVENUE** PO BOX 540 Madison, MS 39130 | 5/2/2019 5/9/2019 5/15/2019 5/22/2019 5/23/2019 5/24/2019 5/28/2019 5/30/2019 5/30/2019 6/5/2019 6/5/2019 6/12/2019 6/13/2019 6/19/2019 6/26/2019 | $44,496.35 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__ |

Debtor    **Eat Here Brands LLC**                                                    Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **ALPHAGRAPHICS** **788 E BROOKHAVEN CIRCLE** **Memphis, TN 38117** | 5/1/2019 5/23/2019 6/14/2019 6/24/2019 6/24/2019 | $12,634.62 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.8. **AMERICAN EXPRESS** **PO BOX 360001** **Fort Lauderdale, FL 33336** | 5/14/2019 5/24/2019 6/12/2019 | $76,527.42 | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.9. **AMERIPRIDE SERVICE INC** **PO BOX 308** **Bemidji, MN 56619** | 5/1/2019 5/3/2019 5/14/2019 5/23/2019 5/29/2019 6/24/2019 6/24/2019 | $11,512.25 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **AMERIPRIDE SERVICES INC** **PO BOX 1564** **Bemidji, MN 56619-1564** | 5/1/2019 5/1/2019 5/3/2019 5/9/2019 5/14/2019 5/14/2019 5/23/2019 5/23/2019 5/29/2019 5/29/2019 6/24/2019 6/24/2019 6/24/2019 6/24/2019 6/24/2019 6/24/2019 | $39,102.17 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **AMERIPRIDE SERVICES INC** **PO BOX 249** **Bemidji, MN 56619** | 5/1/2019 5/14/2019 5/23/2019 5/29/2019 6/24/2019 6/24/2019 | $16,543.16 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **AMERITECH FACILITY SERVICES** **1500 AIRPORT DRIVE** **Ball Ground, GA 30107** | 6/25/2019 | $8,577.20 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Eat Here Brands LLC**                                    Case number *(if known)*   **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13. **ASSOCIATED FOOD EQUIP & SUPPLIES**<br>**10381 EXPRESS DRIVE**<br>**Gulfport, MS 39503** | **5/23/2019**<br>**5/29/2019**<br>**6/24/2019**<br>**6/24/2019** | **$9,151.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **ATHENS DISTRIBUTING CO OF MEMPHIS**<br>**PO BOX 1333**<br>**Memphis, TN 38101-1333** | **5/1/2019**<br>**5/1/2019**<br>**5/2/2019**<br>**5/2/2019**<br>**5/7/2019**<br>**5/7/2019**<br>**5/8/2019**<br>**5/9/2019**<br>**5/9/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/14/2019**<br>**5/15/2019**<br>**5/16/2019**<br>**5/16/2019**<br>**5/20/2019**<br>**5/21/2019**<br>**5/21/2019**<br>**5/22/2019**<br>**5/23/2019**<br>**5/23/2019**<br>**5/29/2019**<br>**5/29/2019**<br>**5/29/2019**<br>**5/30/2019**<br>**5/30/2019**<br>**6/3/2019**<br>**6/3/2019**<br>**6/4/2019**<br>**6/4/2019**<br>**6/6/2019**<br>**6/6/2019**<br>**6/10/2019**<br>**6/11/2019**<br>**6/11/2019**<br>**6/12/2019**<br>**6/14/2019**<br>**6/14/2019**<br>**6/17/2019**<br>**6/17/2019**<br>**6/18/2019**<br>**6/18/2019**<br>**6/19/2019**<br>**6/19/2019**<br>**6/20/2019**<br>**6/20/2019**<br>**6/25/2019** | **$27,860.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Eat Here Brands LLC**                                     Case number (if known)   **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. **FreshPoint**<br>**711 North Orlando Avenue, Suite 201**<br>**Maitland, FL 32751** | | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Global Cash Card**<br>**3972 Barranca Pkwy, Suite J610**<br>**Irvine, CA 92606** | 5/17/2019<br>5/24/2019 | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Paycard Solutions** |
| 3.17. **BEVERAGE CONTROL INC**<br>**PO BOX 52888**<br>**Knoxville, TN 37950** | 5/2/2019<br>5/9/2019<br>5/16/2019<br>5/23/2019<br>5/30/2019<br>6/6/2019<br>6/13/2019<br>6/20/2019<br>6/27/2019 | **$7,463.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **CREATION GARDENS**<br>**2055 NELSON MILLER PARKWAY**<br>**Louisville, KY 40223** | 5/1/2019<br>5/14/2019<br>5/23/2019<br>5/29/2019<br>6/18/2019<br>6/28/2019<br>6/28/2019 | **$21,332.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **CROWNE CENTRE LLC**<br>**5101 WHEELIS DR STE 320**<br>**Memphis, TN 38117** | 5/13/2019<br>6/12/2019 | **$37,089.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.20. **DIGITEL CORPORATION**<br>**2600 SCHOOL DR**<br>**Atlanta, GA 30360** | 5/1/2019<br>6/14/2019 | **$9,979.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.21. **EASTERN ALLIANCE INSURANCE**<br>**GROU**<br>**PO BOX 788961**<br>**Philadelphia, PA 19178-8961** | 5/13/2019<br>6/24/2019<br>6/24/2019 | **$21,373.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**                                            Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22. **ECOLAB INSTITUTIONAL** **PO BOX 32027** **New York, NY 10087-2027** | 5/1/2019 5/3/2019 5/13/2019 5/14/2019 5/23/2019 5/29/2019 6/14/2019 6/18/2019 | $10,893.39 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.23. **EDWARD DON AND CO** **2562 PAYSPHERE CIRCLE** **Chicago, IL 60674** | 5/1/2019 5/13/2019 5/14/2019 5/23/2019 5/29/2019 | $30,756.85 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **EIGHTH SOUTH LLC** **114 S COURT SQUARE** **McMinnville, TN 37110** | 5/13/19 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Rent** |
| 3.25. **EMG3, LLC** **380 US ROUTE 1** **Falmouth, ME** | 5/3/2019 6/14/2019 6/24/2019 6/24/2019 | $14,630.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.26. **EMPIRE DISTRIBUTION INC** **ATLANTA-ACH** **3755 ATLANTA INDUSTRIAL** **PARKWAY** **Atlanta, GA 30331** | 5/1/2019 5/8/2019 5/15/2019 5/22/2019 5/28/2019 5/29/2019 6/6/2019 6/6/2019 6/12/2019 6/19/2019 6/26/2019 | $8,232.59 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Empire Distributors of TN, Inc. - Knoxvi** **PO BOX 50188** **Knoxville, TN 37950** | 5/2/2019 5/9/2019 5/16/2019 5/23/2019 5/24/2019 5/30/2019 6/13/2019 6/27/2019 | $8,582.85 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **FONDREN PLACE DEVELOPMENT CO** **2906 N STATE ST** **SUITE 201** **Jackson, MS 39216** | 5/13/19 6/12/19 | $22,823.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Rent** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Eat Here Brands LLC**                                    Case number *(if known)*  **19-61688-wlh**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.29. | **FORESTWOOD FARM INC** PO BOX 310728 Birmingham, AL 35231-0728 | 6/19/2019 6/21/2019 6/26/2019 6/18/2019 | $19,928.41 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. | **FRESHPOINT OVERTON 55050** 740 MASSMAN DRIVE Nashville, TN 37210 | 5/13/2019 5/23/2019 5/29/2019 | $7,744.40 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. | **FS-1 CONCEPTS LLC** 14 STRATFORD CT Hattiesburg, MS 39402 | 5/23/2019 6/24/2019 6/24/2019 | $7,356.56 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. | **GEORGIA CROWN DISTRIBUTING CO** 100 GEORGIA CROWN DRIVE McDonough, GA 30253 | 5/2/2019 5/9/2019 5/16/2019 5/23/2019 5/30/2019 6/6/2019 6/13/2019 6/20/2019 6/27/2019 | $12,317.18 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.33. | **Georgia Power** 96 Annex Atlanta, GA 30396 | 5/3/2019 5/31/2019 6/25/2019 | $14,088.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.34. | **HATCHER HILL & ASSOCIATES GP** 311 S Weisgarber Road Knoxville, TN 37919 | 5/13/2019 5/29/2019 6/12/2019 | $34,674.99 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **RENT** |
| 3.35. | **HOSPITALITY CONTROL SOLUTIONS** PO BOX 40308 Nashville, TN 37204-0308 | 5/14/2019 5/29/2019 5/31/2019 | $11,839.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **SOFTWARE** |

Debtor    **Eat Here Brands LLC**                                                      Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.36. **INLAND SEAFOOD**<br>PO BOX 450669<br>Atlanta, GA 31145 | 5/1/2019<br>5/3/2019<br>5/13/2019<br>5/14/2019<br>5/23/2019<br>5/29/2019<br>6/14/2019<br>6/24/2019<br>6/24/2019<br>6/24/2019<br>6/24/2019<br>6/24/2019<br>6/24/2019 | $141,050.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **IPFS CORPORATION**<br>PO BOX 730223<br>Dallas, TX 75373-0223 | 5/13/2019<br>6/24/2019<br>6/24/2019 | $1,126.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **INSURANCE** |
| 3.38. **JEFFERSON COUNTY DEPT OF REVENUE**<br>REVENUE ALCOHOL BEV TAX REPORT<br>PO BOX 12025<br>Birmingham, AL 35283-2025 | 5/10/2019<br>6/14/2019 | $8,770.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **TAXES** |
| 3.39. **KUB**<br>PO BOX 59017<br>Knoxville, TN 37950-9017 | 5/13/2019<br>6/11/2019 | $13,785.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.40. **LANE MECHANICAL INC.**<br>515 INDUSTRIAL WAY NORTH<br>Dallas, GA 30132 | 6/12/19 | $7,006.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.41. **LAMAR COMPANIES**<br>PO BOX 96030<br>Baton Rouge, LA 70896 | 5/23/2019<br>6/24/2019<br>6/24/2019 | $7,725.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.42. **LOOMIS**<br>DEPT 0757  PO BOX 120757<br>Dallas, TX 75312-0757 | 5/1/2019<br>6/14/2019<br>6/24/2019<br>6/24/2019 | $20,163.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **Eat Here Brands LLC**                                                                Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.43. **MELISSA LIBBY & ASSOCIATES INC** **1425 ELLSWORTH INDUSTRIAL BLVD** **SUITE 10** **Atlanta, GA 30318** | 6/24/19 6/24/19 | $14,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.44. **MEMPHIS LIGHT GAS & WATER DIV** **PO BOX 388** **Memphis, TN 38145-0388** | 5/13/2019 5/23/2019 5/31/2019 | $15,785.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.45. **MISSISSIPPI DEPT OF REVENUE** **PO BOX 1033** **Jackson, MS 39215** | 5/15/2019 6/18/2019 5/22/2019 6/21/2019 | $66,773.64 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **TAXES** |
| 3.46. **MPE SERVICES LLC** **7787 HIGHWAY 75** **Birmingham, AL 35216** | 5/23/2019 5/29/2019 6/24/2019 6/24/2019 | $8,916.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.47. **NUCO2 LLC** **PO BOX 417902** **Boston, MA 02241-7902** | 5/1/2019 5/3/2019 5/14/2019 5/23/2019 5/29/2019 6/14/2019 6/24/2019 6/24/2019 | $11,828.81 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.48. **OBSIDIAN PUBLIC RELATIONS LLC** **493 S MAIN ST** **SUITE 101** **Memphis, TN 38103** | 5/1/2019 5/23/2019 6/24/2019 6/24/2019 | $11,200.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.49. **ORIGIN BANK** **1101 ROC LANE** **Ruston, LA 71270** | 5/7/2019 5/14/2019 5/24/2019 5/28/2019 5/28/2019 5/28/2019 6/7/2019 6/14/2019 6/24/2019 6/27/2019 6/27/2019 6/27/2019 | $270,163.90 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Eat Here Brands LLC**                                                          Case number (if known) **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.50. **OVERTON SQUARE LLC**<br>**PO BOX 171247**<br>**Memphis, TN 38187-1247** | 5/13/2019<br>6/12/2019 | $35,252.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **RENT** |
| 3.51. **PAVILION BUILDING LLC**<br>**PAVILION CENTER C/O EQUITABLE**<br>**MANAGEMENT**<br>**1215 HIGHTOWER TRAIL  SUITE B-200**<br>**Atlanta, GA 30350** | 5/13/2019<br>6/11/2019 | $9,255.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **RENT** |
| 3.52. **Phoenix Wholesale Food Service**<br>**16 Forest Parkway Building J**<br>**Forest Park, GA 30297** | 6/18/19 | $7,036.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **PIAZZA PRODUCE & SPECIALTY**<br>**FOODS**<br>**PO BOX 68931**<br>**Indianapolis, IN 46268-0931** | 5/1/2019<br>5/3/2019<br>5/13/2019<br>5/14/2019<br>5/23/2019<br>5/29/2019 | $6,530.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **PINNACLE TRUST**<br>**ATT:  JEREMY NELSON**<br>**101 PORT ST. SUITE 200**<br>**Madison, MS 39110** | 5/16/19 | $32,124.99 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **ROBERTSON PRODUCE MISSISSIPPI**<br>**1530 BUSINESS PARK DRIVE**<br>**Clinton, MS 39056** | 6/18/2019 | $13,014.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. **SALUS 33 PEACHTREE PLACE C/O**<br>**NINE 15 MID**<br>**915 WEST PEACHTREE STREET NW**<br>**Atlanta, GA 30309** | 5/13/2019<br>6/12/2019 | $38,489.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **RENT** |
| 3.57. **SAR & ASSOCIATES INC**<br>**73 WOODSTOCK ROAD**<br>**Roswell, GA 30075-3560** | 5/2/2019 | $91,280.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**    Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.58. **SAT/DT, LLC**<br>C/O Ashley Tillman<br>600 JEFFERSON DRIVE<br>Charlotte, NC 28270-5348 | 5/7/2019 | $9,075.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **RENT** |
| 3.59. **SOUTHERN GLAZERS**<br>6290 SHELBY VIEW<br>Memphis, TN 38134 | 5/1/2019<br>5/3/2019<br>5/3/2019<br>5/7/2019<br>5/9/2019<br>5/10/2019<br>5/10/2019<br>5/14/2019<br>5/15/2019<br>5/17/2019<br>5/17/2019<br>5/21/2019<br>5/22/2019<br>5/24/2019<br>5/24/2019<br>5/28/2019<br>5/29/2019<br>5/31/2019<br>5/31/2019<br>6/4/2019<br>6/5/2019<br>6/7/2019<br>6/7/2019<br>6/11/2019<br>6/12/2019<br>6/13/2019<br>6/14/2019<br>6/18/2019<br>6/19/2019<br>6/21/2019<br>6/25/2019<br>6/26/2019<br>6/28/2019<br>6/28/2019 | $8,519.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **SOUTHERN GLAZER'S OF KY**<br>PO BOX 991399<br>Louisville, KY 40269 | 5/2/2019<br>5/8/2019<br>5/15/2019<br>5/22/2019<br>5/29/2019<br>6/7/2019<br>6/12/2019<br>6/21/2019<br>6/26/2019 | $9,616.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. **SUNRISE PRODUCE JACKSON**<br>4229 MICHAEL AVALON ST<br>Jackson, MS 39209 | 5/3/2019<br>5/14/2019<br>5/23/2019 | $11,909.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Eat Here Brands LLC**                                                                     Case number *(if known)*    **19-61688-wlh**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.62. | **SYSCO ATLANTA - 684530**<br>**1000 SYSCO DRIVE**<br>**Calera, AL 35040** | **5/1/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019** | **$18,497.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. | **SYSCO BIRMINGHAM- 621110**<br>**1000 SYSCO DRIVE**<br>**Calera, AL 35040** | **5/1/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019**<br>**6/14/2019** | **$35,310.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. | **SYSCO CHAPEL HILL  892331**<br>**PO BOX 96**<br>**Concord, NC 28026** | **5/1/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019** | **$10,007.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. | **SYSCO KNOXVILLE LLC 195891**<br>**900 TENNESSEE AVENUE**<br>**Knoxville, TN 37921-2630** | **5/1/2019**<br>**5/3/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019**<br>**6/14/2019** | **$47,191.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66. | **SYSCO JACKSON LLC  659433**<br>**PO BOX 2900**<br>**Jackson, MS 39207-2900** | **5/1/2019**<br>**5/3/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019**<br>**6/14/2019** | **$48,265.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. | **SYSCO LEXINGTON LLC  233668**<br>**900 TENNESSEE AVENUE**<br>**Knoxville, TN 37921-2630** | **5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019** | **$13,860.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. | **SYSCO MEMPHIS EAST  816355**<br>**4359 B F GOODRICH**<br>**Memphis, TN 38118-7306** | **5/1/2019**<br>**5/3/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019** | **$30,115.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. | **SYSCO OVERTON-741751**<br>**4359 B.F GOODRICH BLVD**<br>**Memphis, TN 38118-7306** | **5/1/2019**<br>**5/3/2019**<br>**5/13/2019**<br>**5/14/2019**<br>**5/23/2019**<br>**5/29/2019** | **$41,780.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Eat Here Brands LLC**                                          Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.70. **THE KERNER FAMILY 944 CANTON LLC** 90 CLIFFSIDE CROSSING Atlanta, GA 30350 | 5/13/2019 6/12/2019 | $16,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__**RENT**__ |
| 3.71. **TRITEX SERVICES** PO BOX 962 Trenton, GA 30752 | 5/1/2019 5/23/2019 5/29/2019 6/24/2019 6/24/2019 | $10,711.61 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.72. **WAVERLY RETAIL LLC** 301 S COLLEGE ST SUITE 2800 Charlotte, NC 28202-6021 | 5/13/2019 | $6,488.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.73. **WEBBMASON MARKETING** PO BOX 62414 Baltimore, MD 21264-2414 | 6/24/2019 6/24/2019 | $9,539.38 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**                                                                    Case number *(if known)*  **19-61688-wlh**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.74. **WEST TENNESSEE CROWN DIST CO**<br>**7625 APPLING CENTER DRIVE**<br>**Memphis, TN 38133-5069** | 5/1/2019<br>5/2/2019<br>5/6/2019<br>5/6/2019<br>5/8/2019<br>5/10/2019<br>5/13/2019<br>5/13/2019<br>5/15/2019<br>5/17/2019<br>5/20/2019<br>5/20/2019<br>5/22/2019<br>5/24/2019<br>5/28/2019<br>5/28/2019<br>5/29/2019<br>5/31/2019<br>6/3/2019<br>6/3/2019<br>6/5/2019<br>6/7/2019<br>6/10/2019<br>6/10/2019<br>6/12/2019<br>6/14/2019<br>6/17/2019<br>6/17/2019<br>6/19/2019<br>6/21/2019<br>6/24/2019<br>6/24/2019<br>6/26/2019<br>6/28/2019 | $36,716.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **WISELY INC**<br>**120 WEST WASHINGTON**<br>**SUITE G 2ND FLOOR**<br>**Ann Arbor, MI 48104** | 5/31/2019 | $8,058.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **SOFTWARE** |
| 3.76. **WORLD SPICE INC**<br>**217 DAMERON AVENUE**<br>**Knoxville, TN 37917** | 5/1/2019<br>5/3/2019<br>6/24/2019<br>6/24/2019 | $18,357.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. **ZURICH NORTH AMERICA**<br>**PO BOX 4664**<br>**Carol Stream, IL 60197-4664** | 5/13/19 | $10,592.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **INSURANCE** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**                                                                  Case number *(if known)*  **19-61688-wlh**

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Abelardo Ruiz**<br>**875 HUNTERHILL DRIVE**<br>**Roswell, GA 30075**<br>**Former CEO** | **3/29/19**<br>**3/18/19**<br>**3/4/19**<br>**2/15/19**<br>**2/4/19**<br>**1/18/19**<br>**1/7/19**<br>**12/24/18**<br>**12/10/18**<br>**11/26/18**<br>**11/9/18**<br>**10/29/18**<br>**10/15/18**<br>**10/1/18**<br>**9/17/18**<br>**8/31/18**<br>**8/20/18**<br>**8/6/18**<br>**8/22/2018**<br>**8/22/2018**<br>**10/12/2018**<br>**11/28/2018**<br>**12/28/2018**<br>**1/17/2019**<br>**2/22/2019**<br>**3/19/2019**<br>**4/9/2019**<br>**4/17/2019**<br>**4/29/2019**<br>**5/13/2019** | **$142,873.13** | **Compensation and expense reimbursement.** |
| 4.2.  **RONALD ROSATI**<br>**201 FLORIDA ALE**<br>**Dunedin, FL 34698**<br>**Manager** | **10/3/2018**<br>**10/24/2018**<br>**11/16/2018**<br>**1/8/2019**<br>**1/30/2019**<br>**4/17/2019**<br>**4/24/2019**<br>**5/31/2019** | **$7,036.40** | **Expense reimbursement for board expenses.** |
| 4.3.  **AL ROBERTS**<br>**2466 SOUTHWOOD RD**<br>**39211**<br>**Co-Founder, Vice President, and Board member** | **11/9/18**<br>**10/29/18**<br>**10/15/18**<br>**10/1/18**<br>**9/17/18**<br>**8/31/18**<br>**8/20/18**<br>**8/6/18**<br>**2/1/2019**<br>**4/24/2019** | **$41,892.25** | **Compensation and expense reimbursement** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**    Case number (if known)  **19-61688-wlh**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **William Latham**<br><br>     **Co-Founder and Board Member** | **11/9/18**<br>**10/29/18**<br>**10/15/18**<br>**10/1/18**<br>**9/17/18**<br>**8/31/18**<br>**8/20/18**<br>**8/6/18**<br>**12/12/2018**<br>**4/24/2019** | **$42,887.99** | **Compensation and expense reimbursement** |
| 4.5.  **STEVEN ROCKWELL**<br>**2919 CAVES ROAD**<br>**Owings Mills, MD 21117**<br>**Executive Chairman** | **3/29/19**<br>**3/18/19**<br>**3/4/19**<br>**2/15/19**<br>**2/4/19**<br>**1/18/19**<br>**1/7/19**<br>**12/24/18**<br>**12/10/18**<br>**11/26/18**<br>**11/9/18**<br>**10/29/18**<br>**10/15/18**<br>**10/1/18**<br>**9/17/18**<br>**8/31/18**<br>**8/20/18**<br>**8/6/18**<br>**10/24/2018**<br>**1/30/2019**<br>**4/24/2019**<br>**6/11/19** | **$29,192.20** | **Compensation and expense reimbursement** |
| 4.6.  **Timothy A. Walker**<br>**7735 NESBIT FERRY RD**<br>**Atlanta, GA 30350**<br>**Chief Financial Officer** | **3/29/19**<br>**3/18/19**<br>**3/4/19**<br>**2/15/19**<br>**2/4/19**<br>**1/18/19**<br>**1/7/19**<br>**12/24/18**<br>**12/10/18**<br>**11/26/18**<br>**11/9/18**<br>**10/29/18**<br>**10/15/18**<br>**10/1/18**<br>**9/17/18**<br>**8/31/18**<br>**8/20/18**<br>**8/6/18**<br>**12/7/18** | **$102,110.98** | **Compensation and expense reimbursement** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor     **Eat Here Brands LLC**                                                                                       Case number *(if known)*   **19-61688-wlh**

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Employers Preferred Insurance Company Inc vs Eat Here Brands LLC 19EV002117** | **Claim of unpaid insurance premium** | **State Court of Fulton County 185 Central Avenue SW Atlanta, GA 30303** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    __Eat Here Brands LLC_____    Case number *(if known)*  __19-61688-wlh__

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Arnall Golden Gregory LLP 171 17th Street, NW Suite 2100 Atlanta, GA 30363** | | **6/25/2019 7/17/2019 7/22/2019 7/26/2019** | **$233,736.00** |
| | **Email or website address www.agg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **GGG Partners, LLC 3155 Roswell Rd, Suite 120 Atlanta, GA 30305** | | **7/17/2019 7/22/2019 7/26/2019** | **$95,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Omni 5955 De Soto Ave, Suite 100 Woodland Hills, CA 91367** | | **7/26/19** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Schulten Ward Turner & Weiss 260 Peachtree St NW Suite 2700 Atlanta, GA 30303** | | **7/12/19 7/22/19 7/26/19** | **$10,820.11** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eat Here Brands LLC** | Case number *(if known)* **19-61688-wlh** |

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<hr>

**Part 7:**  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

<hr>

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<hr>

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<hr>

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

<hr>

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **19**

Debtor    **Eat Here Brands LLC**                                                    Case number *(if known)*  **19-61688-wlh**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Eat Here Brands LLC**                                                              Case number *(if known)*  **19-61688-wlh**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Table 100**<br>**100 Ridge Way**<br>**Flowood, MS 39232** | **Restaurant** | EIN: **27-3788687**<br><br>From-To  **9/10/12 - 12/31/18** |
| 25.2. **Five Guys Burgers and Fries**<br>**4500 I-55 North**<br>**Suite 221**<br>**Jackson, MS 39211** | **Restaurant** | EIN: **30-0595594**<br><br>From-To  **09/10/12 - 05/01/16** |
| 25.3. **Interim LLC**<br>**4500 I-55 North**<br>**Suite 221**<br>**Jackson, MS 39211** | **Restaurant** | EIN: **26-1808096**<br><br>From-To  **09/10/12 - 09/04/17** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Quatrro Business Support Services**<br>**1850 Parkway Place**<br>**Suite 1100**<br>**Marietta, GA 30067** | **07/31/2017 -**<br>**07/30/2019** |
| 26a.2. **Bennett Thrasher, LLP**<br>**3300 Riverwood Parkway SE**<br>**Suite 700**<br>**Atlanta, GA 30339** | **07/31/2017 -**<br>**07/30/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Bennett Thrasher, LLP**<br>**3300 Riverwood Parkway SE**<br>**Suite 700**<br>**Atlanta, GA 30339** | **07/31/2017 -**<br>**07/30/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

---

Debtor    **Eat Here Brands LLC**                                                                    Case number *(if known)*  **19-61688-wlh**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Quatrro Business Support Services**<br>**1850 Parkway Place**<br>**Suite 1100**<br>**Marietta, GA 30067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Origin Bank**<br>**3921 Elm Street**<br>**Choudrant, LA 71227** |
| 26d.2.  **Fora Financial**<br>**519 8th Avenue**<br>**11th Floor**<br>**New York, NY 10018** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Roberts | 4501 I55 North<br>Suite 221<br>Jackson, MS 39212 | Manager, Co-Founder, Vice President, and Board member | 12.9 |
| Ned Lidvall | 1850 Marcia Overlook Drive<br>Cumming, GA 30041 | Manager, Chief Executive Officer | 0.9 |
| William Latham | 4501 I55 North<br>Suite 221<br>Jackson, MS 39212 | Manager, Co-Founder and Board Member | 14.1 |
| Steve Rockwell | 2919 Caves Road<br>Owings Mills, MD 21117 | Manager, Executive Chairman | 0 |
| Ron Rosati | 2011 Florida Ave<br>Dunedin, FL 34698 | Manager, Board Member | 2.4 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Eat Here Brands LLC**                                           Case number *(if known)*  **19-61688-wlh**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Tim Walker** | **1363 Secret Path Drive Fort Mill, SC 29708** | **Chief Financial Officer** | **2014 - December 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Abe Ruiz** | **875 Hunterhill Drive Roswell, GA 30075** | **Chief Operating Officer; Chief Executive Officer** | **December 2017 - April 2018 (COO); April 2018 - May 2019 (CEO)** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Buster Corley** | **6658 Yosemite Lane Dallas, TX 75212** | **Board Member** | **September 2012 - October 2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Eat Here Brands LLC**                                      Case number (if known)  **19-61688-wlh**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 8/6/2018<br>8/20/2018<br>8/31/2018<br>9/17/2018<br>10/1/2018<br>10/15/2018<br>10/29/2018<br>11/9/2018<br>11/26/2018<br>12/10/2018<br>12/24/2018<br>1/7/2019<br>1/18/2019<br>2/4/2019<br>2/15/2019<br>3/4/2019<br>3/18/2019<br>3/29/2019<br>8/22/2018<br>8/22/2018<br>10/12/2018<br>11/28/2018<br>12/28/2018<br>1/17/2019<br>2/22/2019<br>3/19/2019<br>4/9/2019<br>4/17/2019<br>4/29/2019<br>5/13/2019 | |
| | **Abe Ruiz**<br>**875 Hunterhill Drive**<br>**Roswell, GA 30075** | **$120,231.78 as compensation**<br>**$22,641.35 as expense reimbursement** | | **Compensation and expense reimbursement** |
| | Relationship to debtor<br>**COO CEO** | | | |
| 30.2. | | | 2/1/2019<br>4/24/2019<br>8/6/2018<br>8/20/2018<br>8/31/2018<br>9/17/2018<br>10/1/2018<br>10/15/2018<br>10/29/2018<br>11/9/2018<br>11/26/2018<br>12/10/2018<br>12/24/2018 | |
| | **Al Roberts**<br>**4501 I55 North, Suite 221**<br>**Jackson, MS 39212** | **$1,611.56 as expense reimbursement**<br>**$40,280.69 as compensation** | | **Compensation and expense reimbursement** |
| | Relationship to debtor<br>**Co-Founder, Vice President, and Board member** | | | |

Debtor  **Eat Here Brands LLC**                                    Case number *(if known)*  **19-61688-wlh**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Bill Latham**<br>**4501 I55 North, Suite 221**<br>**Jackson, MS 39212**<br><br>Relationship to debtor<br>**Co-Founder and Board Member** | **$39,887.99 as compensation**<br>**$3,000.00 as expense reimbursement** | **12/12/2018**<br>**4/24/2019**<br>**8/6/18**<br>**8/20/18**<br>**8/31/18**<br>**9/17/18**<br>**10/1/18**<br>**10/15/18**<br>**10/29/18**<br>**11/9/18** | **Compensation and expense reimbursement** |
| 30.4. | **Buster Corley**<br>**6658 Yosemite Lane**<br>**Dallas, TX 75215**<br><br>Relationship to debtor<br>**Board Member** | **$1,412.61 as expense reimbursement** | **11/14/18** | **Expense reimbursement** |
| 30.5. | **Ron Rosati**<br>**2011 Florida Ave**<br>**Dunedin, FL 34698**<br><br>Relationship to debtor<br>**Board Member** | **$7,036.40** | **1/8/2019**<br>**10/3/2018**<br>**10/24/2018**<br>**11/16/2018**<br>**1/30/2019**<br>**4/17/2019**<br>**4/24/2019**<br>**5/31/2019** | **Expense Reimbursement** |
| 30.6. | **Steve Rockwell**<br>**2919 Caves Road**<br>**Owings Mills, MD 21117**<br><br>Relationship to debtor<br>**Executive Chairman** | **$3,731.29 as expense reimbursement**<br>**$25,460.91 as compensation** | **8/6/2018**<br>**8/20/2018**<br>**8/31/2018**<br>**9/17/2018**<br>**10/1/2018**<br>**10/15/2018**<br>**10/29/2018**<br>**11/9/2018**<br>**11/26/2018**<br>**12/10/2018**<br>**12/24/2018**<br>**1/7/2019**<br>**1/18/2019**<br>**2/4/2019**<br>**2/15/2019**<br>**3/4/2019**<br>**3/18/2019**<br>**3/29/2019**<br>**6/11/2019**<br>**10/24/2018**<br>**1/30/2019**<br>**4/24/2019** | **Compensation and expense reimbursement** |

Debtor    **Eat Here Brands LLC**                                        Case number *(if known)*  **19-61688-wlh**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 | | | 12/7/2018<br>8/6/2018<br>8/20/2018<br>8/31/2018<br>9/17/2018<br>10/1/2018<br>10/15/2018<br>10/29/2018<br>11/9/2018<br>11/26/2018<br>12/10/2018<br>12/24/2018<br>1/7/2019<br>1/18/2019<br>2/4/2019<br>2/15/2019<br>3/4/2019<br>3/18/2019<br>3/29/2019 | |
| | **Tim Walker**<br>**1363 Secret Path Dr**<br>**Fort Mill, SC 29708** | $3,834.39 as expense reimbursement<br>$98,276.59 as compensation | | **Compensation and expense reimbursement** |
| | Relationship to debtor<br>**Chief Financial Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Eat Here Brands LLC** | EIN:  **46-0619694** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8 . 30 . 19

Signature of individual signing on behalf of the debtor        **Ned Robert Lidvall**
                                                                 Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy