# **EXHIBIT C**

## **SALE NOTICE**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EAT HERE BRANDS, LLC, *et al.*[1], | ) | Lead Case No. 19-61688-WLH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF (I) SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; (II) AUCTION; AND (III) FINAL SALE HEARING RELATED THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING**

1.    On July 30, 2019 (the "Petition Date"), Eat Here Brands, LLC, Babalu Atlanta #1 LLC, Babalu Atlanta #2 LLC, Babalu Knoxville #1 LLC, Babalu Memphis #1 LLC, Babalu Memphis #2 LLC, Babalu, LLC, and Babalu Birmingham #1 LLC (collectively, the "Debtors") each filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (the "Court"). On September 10, 2019, the Debtors filed with the Court a motion [Docket No. _____] (the "Sale Motion") seeking, among other things, (a) authority to sell substantially all of the assets (the "Assets") of the Debtors free and clear of all liens, claims, interests, and encumbrances (the "Sale"); (b) approval of certain bidding procedures (the "Bid Procedures") for the solicitation of bids with respect to the proposed Sale of the Assets (the "Bid Procedures Relief"); (c) scheduling an auction related to the proposed Sale of the Assets; and (d) scheduling a final hearing with the Court for approval of the proposed Sale of the Assets.

2.    The Debtors and Balu Holdings, LLC (the "Stalking Horse Bidder") (collectively with the Debtors, the "Parties") have entered into that certain Asset Purchase Agreement, dated September 9, 2019 (including all exhibits, schedules, and ancillary agreements related thereto, and as may be amended, supplemented, and/or modified from time to time, the "APA"), which contemplates the purchase of substantially all of the Debtors' assets, subject to higher and better offers made pursuant to the Bid Procedures.

3.    On September 26, 2019 at 1:30 p.m., the Court held a hearing on the Bid Procedures Relief, and thereafter the Court entered an order that, among other things, approved

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892). The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

the Bid Procedures Relief [Docket No. _____] (the "<u>Bid Procedures Order</u>").[2]    The Bid Procedures Order established the Bid Procedures that govern the manner in which the Assets are to be sold.  **All bids must comply with the Bid Procedures and be submitted so as to be received by Debtors' counsel of record, Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, 404-873-8500, Attn. Darryl Laddin not later than 4:00 p.m. (prevailing Eastern Time) on October 10, 2019.**

4.      Pursuant to the Bid Procedures, each Qualified Bidder (as defined in the Bid Procedures) shall be invited to participate in an auction (the "<u>Auction</u>") at the office of Debtors' counsel of record, Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, which **Auction must be attended in person and which shall commence at 10:00 a.m. (Eastern) on October 16, 2019**.  Any party interested in submitting a competing bid should contact Debtors' counsel of record, Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, 404-873-8500, Attn. Darryl Laddin.

5.      Pursuant to the Bid Procedures Order, the Court scheduled a final hearing to consider approval of the proposed Sale of the Assets in **Courtroom 1403, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303 on October 18, 2019 at __:__.m. (Eastern) (the "<u>Sale Hearing</u>")**.  At the Sale Hearing the Court will consider the approval of the APA or any higher and better offer by a Qualified Bidder (the "<u>Successful Bidder</u>"), including the proposed assumption, assignment and/or transfer of the Designated Executory Contracts.  The Sale Hearing may be adjourned or rescheduled from time to time without further notice other than an announcement by the Debtors in the Court of such adjournment on the date scheduled for the Sale Hearing.

6.      **OBJECTIONS TO ANY RELIEF REQUESTED IN THE SALE MOTION, INCLUDING DEBTORS' REQUEST TO APPROVE THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES TO THE SUCCESSFUL BIDDER (EACH, AN "<u>OBJECTION</u>"), MUST BE MADE IN WRITING, FILED, AND SERVED ON THE PARTIES SET FORTH BELOW BY 4:00 P.M. (EASTERN) ON OCTOBER 15, 2019 (THE "<u>OBJECTION DEADLINE</u>").**

7.      **ANY OBJECTION MUST BE SERVED IN ACCORDANCE WITH THE PRECEDING PARAGRAPH ON EACH OF THE FOLLOWING PARTIES**:  (a) counsel to the Debtors, Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, Attn: Darryl Laddin; (b) counsel to the Stalking Horse Bidder, 999 S. Shady Grove Road, Suite 500, Memphis, Tennessee 38120, Attn: John A. Bobango; (c) counsel for Origin Bank, Morris, Manning & Martin, LLP, 3343 Peachtree Road, N.E., Suite 1600, Atlanta, Georgia 30326, Attn. Frank W. DeBorde, (d) counsel for the Official Committee of Unsecured Creditors, Scroggins & Williamson, P.C., 4401 Northside Parkway, Suite 450, Atlanta, Georgia 30327, Attn. Hayden Kepner, Jr.; and (e) the Office of the United States Trustee, 75 Ted Turner Drive, S.W., Room 362, Atlanta, Georgia 30303.

---

[2]      All capitalized terms not defined in this Notice of Sale shall have the meaning given to them in the Bid Procedures Order.

8.     The failure of any person or entity to file an Objection on or before the Objection Deadline shall be deemed a consent to the Sale of the Assets to the Successful Bidder and the other relief requested in the Sale Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Bid Procedures Relief, the Sale Motion, the Auction, the sale of the Assets, the Debtors' consummation and performance of the APA or other agreement with a different Successful Bidder (including in any such case, without limitation, the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances).

9.     This Notice of Sale is subject to the full terms and conditions of the Sale Motion, the Bid Procedures Order, and the Bid Procedures, which shall control in the event of any conflict.

10.     The Debtors encourage creditors and parties in interest to review the Sale Motion, the Bid Procedures Order, and the Bid Procedures.  You may request a copy of the Sale Motion by contacting Debtor's counsel by U.S. Mail at Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, Attn: Darryl Laddin, by e-mail at darryl.laddin@agg.com, or by telephone at (404) 873-8500.

11.     Your rights may be affected by the Court's ruling on the Sale Motion.  You should read the Sale Motion carefully and discuss them with your attorney, if you have one in these Bankruptcy Cases.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in the Sale Motion or if you want the Court to consider your views on the Sale Motion, then you and/or your attorney **must** file an Objection by the Objection Deadline and comply with the procedures for such Objection set forth in this Notice of Sale.

Dated September ____, 2019

ARNALL GOLDEN GREGORY LLP

/s/ Darryl S. Laddin
Darryl S. Laddin
Georgia Bar No. 460793
Sean C. Kulka
Georgia Bar No. 648919
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8683
Email: darryl.laddin@agg.com
Email: sean.kulka@agg.com

*Attorneys for Debtors and Debtors in Possession*