**IT IS ORDERED as set forth below:**



**Date: September 10, 2019**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EAT HERE BRANDS, LLC, *et al.*[1], | ) | Lead Case No. 19-61688-WLH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER SHORTENING NOTICE AND SCHEDULING
### EXPEDITED HEARING ON BIDDING PROCEDURES MOTION

This matter is before the Court on the *Debtors' Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on Debtors' Bidding Procedures Motion* [Docket No. 112] (the "Motion") of Eat Here Brands, LLC, Babalu Atlanta #1 LLC, Babalu Atlanta #2 LLC, Babalu Knoxville #1 LLC, Babalu Memphis #1 LLC, Babalu Memphis #2 LLC, Babalu, LLC, and Babalu Birmingham #1 LLC (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892). The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

All capitalized terms used but not defined in this Order and Notice shall have the meanings given to them in the Motion.

The Court has considered the Motion, the Bidding Procedures Motion, the Final DIP Order, and all other matters reflected in the record in these Bankruptcy Cases. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to: (a) the parties identified on the Master Service List in these Bankruptcy Cases as approved by this Court's Order Establishing Notice and Administrative Procedures [Docket No. 33], and (b) via electronic mail on all persons or entities known or reasonably believed to have asserted an interest in the Acquired Assets; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists to grant the relief requested in the Motion.

Accordingly, it is hereby ORDERED and NOTICE is hereby given that:

1.  The Motion is GRANTED.

2.  A hearing will be held on the **September 26, 2019 at 1:30 p.m. (Eastern) in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 (the "Hearing")** on the Bidding Procedures Motion, and that objections, if any, must be filed with the Court **on or before 4:00 p.m. (Eastern) on September 23, 2019 (the "Objection Deadline")** and served on the following parties: (a) counsel to the Debtors, Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, Attn: Darryl Laddin; (b) counsel to the Stalking Horse Bidder, 999 S. Shady Grove Road, Suite 500, Memphis, Tennessee 38120, Attn: John A. Bobango; (c) counsel for Origin Bank, Morris, Manning & Martin, LLP, 3343 Peachtree Road, N.E., Suite 1600, Atlanta, Georgia 30326, Attn.

Frank W. DeBorde, (d) counsel for the Official Committee of Unsecured Creditors, Scroggins & Williamson, P.C., 4401 Northside Parkway, Suite 450, Atlanta, Georgia 30327, Attn. Hayden Kepner, Jr.; and (e) the Office of the United States Trustee, 75 Ted Turner Drive, S.W., Room 362, Atlanta, Georgia 30303.

3. Notice of the Motion is hereby shortened, and counsel for the Debtors is directed to serve a copy of this Order and Notice on: (i) the entire creditor matrix in each of the Bankruptcy Cases and (ii) via electronic mail on all persons or entities known or reasonably believed to have an interest in in purchasing the Acquired Assets within two (2) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**\*\*\* END OF ORDER \*\*\***

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP

/s/ Darryl S. Laddin
Darryl S. Laddin
Georgia Bar No. 460793
Sean C. Kulka
Georgia Bar No. 648919
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8683
Email: darryl.laddin@agg.com
Email: sean.kulka@agg.com

*Attorneys for Debtors and Debtors in Possession*