**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EAT HERE BRANDS, LLC, *et al.*[1], | Case No. 19-61688 (WLH) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 31, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served via e-mail to the parties listed on **Exhibit A** attached hereto:

- **Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and SOFAs (Eat Here Brands; Case No. 19-61688) [Docket No. 87]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Eat Here Brands; Case No. 19-61688) [Docket No. 88]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Atlanta #1 LLC; Case No. 19-61699) [Docket No. 11]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Atlanta #2 LLC; Case No. 19-61704) [Docket No. 11]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Knoxville #1 LLC; Case No. 19-61705) [Docket No. 11]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Memphis #1 LLC; Case No. 19-61710) [Docket No. 11]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Memphis #2 LLC; Case No. 19-61713) [Docket No. 11]**

- **Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu, LLC; Case No. 19-61718) [Docket No. 11]**

///

------------------------------

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892). The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

- Schedules of Assets and Liabilities and Statement of Financial Affairs (Babalu Birmingham #1 LLC; Case No. 19-61721) [Docket No. 11]

Dated: September 11, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 11th day of September, 2019, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

Eat Here Brands, LLC, et al. - Service List to e-mail Recipients                                                                                                     Served 8/31/2019

OFFICE OF THE UNITED STATES TRUSTEE
LINDSAY P.S KOLBA
LINDSAY.P.KOLBA@USDOJ.GOV

                                                                            Parties Served:  1