UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>EAT HERE BRANDS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-61688 (WLH)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 10, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Motion of Debtors for Entry of (I) an Order (A) Authorizing and Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (B) Scheduling an Auction and Sale Hearing; (C) Approving the Manner and Form of Notices of the Sale, Auction, and Sale Hearing; and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Docket No. 110]**

- **Debtors' Motion for an Order Shortening Notice and Scheduling Expedited Hearing on Debtors' Bidding Procedures Motion [Docket No. 112]**

Dated: September 11, 2019

*/s/ Colin Linebaugh*
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 11th day of September, 2019, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892). The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

# **EXHIBIT A**

Case 19-61688-wlh    Doc 116    Filed 09/11/19    Entered 09/11/19 17:56:04    Desc Main
Document      Page 2 of 6

Eat Here Brands, LLC, et al. - Service List to e-mail Recipients                         Served 9/10/2019

27 PEOPLE AND/OR ENTITIES WHO HAVE EXPRESSED AN INTEREST IN PURCHASING EAT HERE BRANDS, LLC ET AL. ASSETS WERE SERVED. THE NAMES OF THESE PARTIES HAVE NOT BEEN STATED DUE TO THE NEED TO MAINTAIN CONFIDENTIALITY.

| | | |
|---|---|---|
| AMFIRST INSURANCE CO LT<br>RICHARD EATON<br>RICK.EATON@MORGANWHITE.COM | ARNALL GOLDEN GREGORY LLP<br>DARRYL S. LADDIN<br>DARRYL.LADDIN@AGG.COM | ARNALL GOLDEN GREGORY LLP<br>SEAN C. KULKA<br>SEAN.KULKA@AGG.COM |
| BENNETT THRASHER<br>DAVID KLOESS<br>DAVID.KLOESS@BTCPA.NET | BURR & FORMAN LLP<br>KELLY E. WAITS<br>KWAITS@BURR.COM | EDWARD DON AND CO<br>CINDY NIEWINSKI<br>CINDYNIEWINSKI@DON.COM |
| G. DALE SMITH<br>GDALELS@AOL.COM | INLAND SEAFOOD<br>CALLIE LEMMING<br>CALLIE.LEMMING@INLANDSEAFOOD.COM | IRBY INVESTMENTS, LLC<br>CHARLES IRBY<br>CHARLES@IRBYINVESTMENTS.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | LONDON AMERICAN INSURANCE CO.<br>RICK EATON<br>RICK.EATON@MORGANWHITE.COM | MORRIS, MANNING & MARTIN, LLP<br>FRANK W. DEBORDE<br>FWD@MMMLAW.COM |
| MORRIS, MANNING & MARTIN, LLP<br>GWENDOLYN J. GODFREY<br>WGODFREY@MMMLAW.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>LINDSAY P.S KOLBA<br>LINDSAY.P.KOLBA@USDOJ.GOV | RICHARD A WARREN, IRA<br>RICHARD WARREN<br>RWARREN330@GMAIL.COM |
| ROBIN C. SELBY RLT<br>ROBIN SELBY<br>ROBIN@PREMIERE-SEALS.COM | ROUNTREE LEITMAN & KLEIN, LLC<br>HAL J. LEITMAN<br>HLEITMAN@RANDLLAW.COM | SCROGGINS & WILLIAMSON, P.C<br>J. ROBERT WILLIAMSON<br>RWILLIAMSON@SWLAWFIRM.COM |
| SCROGGINS & WILLIAMSON, P.C.<br>J. HAYDEN KEPNER, JR.<br>HKEPNER@SWLAWFIRM.COM | STACK & MOYER FAMILY HLDG LLC<br>MIKE STACK<br>MJSTACK100@GMAIL.COM | SYSCO ATLANTA - 684530<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO BIRMINGHAM - 621110<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO JACKSON LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO KNOXVILLE LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO OVERTON-741751<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | THE MAXIM LAW FIRM, P.C.<br>KEVIN A. MAXIM<br>KMAXIM@MAXIMLAWFIRM.COM | THEODORE N. STAPLETON, P.C.<br>THEODORE STAPLETON<br>TSTAPLE@TSTAPLE.COM |
| TN DEPT OF REVENUE<br>STUART WILSON-PATTON<br>STUART.WILSON-PATTON@AG.TN.GOV | WOMBLE BOND DICKINSON, LLP<br>CONSTANCE L. YOUNG<br>CONSTANCE.YOUNG@WBD.US.COM | |

Parties Served: 29

# **EXHIBIT B**

| | | |
|---|---|---|
| ALABAMA DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>2020 VALLEYDALE RD, STE 2108<br>HOOVER, AL 35244 | AMERICAN EXPRESS<br>PRESIDENT/LEGAL DEPT.<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | ANDREW M SAMPSON<br>1502 KENSINGTON AVE<br>OCEAN SPRINGS, MS 39564 |
| CITY OF ALANTA<br>BANKRUPTCY/LEGAL DEPT.<br>55 TRINITY AVE, STE 1350 SW<br>ATLANTA, GA 30345 | EAT HERE BRANDS LLC. ET AL.<br>PRESIDENT/LEGAL DEPT.<br>9755 DOGWOOD RD, STE 200<br>ROSWELL, GA 30075 | ESTATE OF SIDNEY ALLEN<br>200 BRAE BURN DRIVE<br>JACKSON, MS 39211 |
| FLORIDA CONCEPTS HOLDINGS, LLC<br>PRESIDENT/LEGAL DEPT.<br>36750 US HWY 19 NORTH<br>PALM HARBOR, FL 34684 | GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>1800 CENTURY BLVD<br>ATLANTA, GA 30345 | GERALD J. DIAZ, JR.<br>208 WATERFORD SQUARE<br>SUITE 300<br>MADISON, MS 39110 |
| HENRY F SKELTON, II<br>500 ANGLERS DR, UNIT 102<br>STEAMBOAT SPRINGS, CO 80487 | INLAND JACKSON-33017<br>PRESIDENT/LEGAL DEPT.<br>PO BOX 450669<br>ATLANTA, GA 31145 | INLAND OVERTON-38470<br>PRESIDENT/LEGAL DEPT.<br>PO BOX 450669<br>ATLANTA, GA 31145 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30-133<br>PHILADELPHIA, PA 19104-5016 | JAMES W. CORLEY<br>6658 YOSEMITE LANE<br>DALLAS, TX 75214 | JEFFERSON COUNTY DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>P.O. BOX 12025<br>BIRMINGHAM, AL 35283-2025 |
| JEFFERSON COUNTY DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>P.O. BOX 830710<br>BIRMINGHAM, AL 35283-0710 | KATHLEEN HOUSE HARDIN, ROTH IRA<br>2210 HERITAGE HILL DR<br>JACKSON, MS 39211 | MELISSA SKELTON<br>133 CAMDEN LANE<br>MADISON, MS 39110 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>1577 SPRINGRIDGE<br>RAYMOND, MS 39514 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>500 CLINTON CENTER DR<br>CLINTON, MS 39056 | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF GEORGIA<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334 |
| PAUL BROOKS EASON<br>103 OAKHURST TRAIL<br>RIDGELAND, MS 39157 | ROGER G. OR JAN E. FOSTER<br>1120 POINTE COVE<br>BRANDON, MS 39042 | SAR & ASSOCIATES INC<br>PRESIDENT/LEGAL DEPT.<br>73 WOODSTOCK RD<br>ROSEWELL, GA 30075-3560 |
| SYSCO MEMPHIS<br>PRESIDENT/LEGAL DEPT.<br>4359 B.F. GOODRICH BLVD<br>MEMPHIS, TN 38118 | TENNESSEE DEPARTMENT OF REVENUE<br>BANKRUPTCY/LEGAL DEPT.<br>500 DEADERICK ST<br>NASHVILLE, TN 37242 | THE U.S. ATTORNEY FOR THE NORTHERN DISTRIC<br>CIVIL PROCESS CLERK<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DR, SW STE 600<br>ATLANTA, GA 30303-3309 |

Parties Served: 27