**IT IS ORDERED as set forth below:**



**Date: September 12, 2019**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-61688-WLH |
| | ) | |
| EAT HERE BRANDS, LLC, *et al.*, | ) | CHAPTER 11 jointly administered |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

### <u>ORDER OF ADMISSION *PRO HAC VICE*</u>

It appearing to the Court that Kate Ellis states under penalty of perjury she meets the requirements for admission *pro hac vice* as set forth in Local Rule 9010-2 and is in good standing and eligible to practice in all courts to which admitted, it is therefore

ORDERED that the petition of Kate Ellis to appear *pro hac vice* on behalf of FreshPoint Atlanta, Inc., FreshPoint North Carolina, Inc. (t/a FreshPoint Raleigh and t/a FreshPoint Nashville, Inc.), Sunrise Fresh Produce, LLC (t/a Sunrise Jackson), Sysco Central Alabama, Inc., Sysco Charlotte, LLC, Sysco Knoxville, LLC, Sysco Memphis, LLC, Sysco Jackson, LLC and Creation Gardens, Inc. in the United States Bankruptcy Court, Northern District of Georgia, in the above-referenced case is granted.

### ### END OF ORDER ###

1

## **DISTRIBUTION LIST**

Eat Here Brands LLC
9755 Dogwood Rd, Ste 200
Roswell, GA 30075

Darryl S. Laddin
Michael F. Holbein
Sean C. Kulka
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Thomas Wayne Dworschak
Office of the U. S. Trustee
75 Ted Turner Dr SW, Rm 362
Atlanta, GA 30303

Kate Ellis
McCarron & Diess
4530 Wisconsin Ave NW
Washington, DC 20011

Kevin A. Maxim
The Maxim Law Firm PC
1718 Peachtree St NW, Ste 599
Atlanta, GA 30309