**IT IS ORDERED as set forth below:**

Date: September 12, 2019

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-61688-WLH |
| | ) | |
| EAT HERE BRANDS, LLC, *et al.*, | ) | CHAPTER 11 jointly administered |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

### ORDER OF ADMISSION *PRO HAC VICE*

It appearing to the Court that Kate Ellis states under penalty of perjury she meets the requirements for admission *pro hac vice* as set forth in Local Rule 9010-2 and is in good standing and eligible to practice in all courts to which admitted, it is therefore

ORDERED that the petition of Kate Ellis to appear *pro hac vice* on behalf of FreshPoint Atlanta, Inc., FreshPoint North Carolina, Inc. (t/a FreshPoint Raleigh and t/a FreshPoint Nashville, Inc.), Sunrise Fresh Produce, LLC (t/a Sunrise Jackson), Sysco Central Alabama, Inc., Sysco Charlotte, LLC, Sysco Knoxville, LLC, Sysco Memphis, LLC, Sysco Jackson, LLC and Creation Gardens, Inc. in the United States Bankruptcy Court, Northern District of Georgia, in the above-referenced case is granted.

### END OF ORDER ###

**DISTRIBUTION LIST**

Eat Here Brands LLC
9755 Dogwood Rd, Ste 200
Roswell, GA 30075

Darryl S. Laddin
Michael F. Holbein
Sean C. Kulka
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Thomas Wayne Dworschak
Office of the U. S. Trustee
75 Ted Turner Dr SW, Rm 362
Atlanta, GA 30303

Kate Ellis
McCarron & Diess
4530 Wisconsin Ave NW
Washington, DC 20011

Kevin A. Maxim
The Maxim Law Firm PC
1718 Peachtree St NW, Ste 599
Atlanta, GA 30309

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 19-61688-wlh
Eat Here Brands LLC                                                       Chapter 11
Babalu Atlanta #1 LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: jlc              Page 1 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: pdf411        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db         +Eat Here Brands LLC,    9755 Dogwood Road,    Suite 200,   Roswell, GA  30075,
             UNITED STATES 30075-4663
aty        +Kate Ellis,    McCarron & Diess,    4530 Wisconsin Ave NW,    Suite 301,
             Washington, DC 20016-4667
           +Eat Here Brands LLC,    9755 Dogwood Rd, Ste 200,   Roswell, GA 30075-4663
           +Kate Ellis,    McCarron & Diess,    4530 Wisconsin Ave NW,    Washington, DC 20016-4627
           +Kevin A. Maxim,    The Maxim Law Firm PC,    1718 Peachtree St NW, Ste 599,
             Atlanta, GA 30309-2454
            Michael F. Holbein,    Arnall Golden Gregory LLP,    171 17th St NW, Ste 2100,
             Atlanta, GA 30363-1031
            Sean C. Kulka,    Arnall Golden Gregory LLP,    171 17th St NW, Ste 2100,
             Atlanta, GA 30363-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             E-mail/Text: bkrfilings@agg.com Sep 12 2019 22:17:32    Darryl S. Laddin,
              Arnall Golden Gregory LLP,   171 17th St NW, Ste 2100,    Atlanta, GA 30363-1031
            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 12 2019 22:18:47     Thomas Wayne Dworschak,
              Office of the U. S. Trustee,   75 Ted Turner Dr SW, Rm 362,    Atlanta, GA 30303-3330
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
            Constance L. Young    on behalf of Creditor    HGKL Investments Series, LLC - Series I
              constance.young@wbd-us.com,   Stephanie.hanley@wbd-us.com;Janice.phillips@wbd-us.com
            Darryl S. Laddin    on behalf of JointAdmin Debtor    Babalu Atlanta #2 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu Atlanta #1 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu, LLC bkrfilings@agg.com,   darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of JointAdmin Debtor    Babalu Memphis #2 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of JointAdmin Debtor    Babalu, LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of JointAdmin Debtor    Babalu Atlanta #1 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu Atlanta #2 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Eat Here Brands LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu Birmingham #1, LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of JointAdmin Debtor    Babalu Birmingham #1, LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu Knoxville #1, LLC bkrfilings@agg.com,
              darryl.laddin@agg.com
            Darryl S. Laddin    on behalf of Debtor    Babalu Memphis #2 LLC bkrfilings@agg.com,
              darryl.laddin@agg.com

```
District/off: 113E-9           User: jlc                   Page 2 of 2              Date Rcvd: Sep 12, 2019
                               Form ID: pdf411             Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Darryl S. Laddin   on behalf of JointAdmin Debtor   Babalu Memphis #1, LLC bkrfilings@agg.com, darryl.laddin@agg.com
        Darryl S. Laddin   on behalf of Debtor   Babalu Memphis #1, LLC bkrfilings@agg.com, darryl.laddin@agg.com
        Darryl S. Laddin   on behalf of JointAdmin Debtor   Babalu Knoxville #1, LLC bkrfilings@agg.com, darryl.laddin@agg.com
        Ewing, Scott - Omni Management Group   on behalf of Claims Agent   Omni Management Group, Inc. sewing@omnimgt.com, ecf@omnimgt.com
        Ewing, Scott - Omni Management Group   on behalf of Interested Party   Omni Management Group sewing@omnimgt.com, ecf@omnimgt.com
        Gwendolyn J Godfrey   on behalf of Creditor   Origin Bank ggodfrey@mmmlaw.com, dcassidy@mmmlaw.com
        Hal Jordan Leitman   on behalf of Creditor   Federal Realty Investment Trust hleitman@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;lawclerk@rlklawfirm.com;R71213@notify.bestcase.com
        J. Hayden Kepner, Jr.   on behalf of Creditor Committee   Official Committee of Unsecured Creditors hkepner@swlawfirm.com, rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
        Jeffrey R. Barber   on behalf of Creditor   Fondren Place Development Company, LLC jbarber@joneswalker.com, kbrabston@joneswalker.com
        Kelly E. Waits   on behalf of Creditor   Fritz Farm Retail Co., LLC, as assignee of Lexington Retail Company, L.L.C. kwaits@burr.com
        Kevin A. Maxim   on behalf of Creditor   FreshPoint North Carolina, Inc. (t/a FreshPoint Raleigh and t/a FreshPoint Nashville, Inc.) kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sysco Jackson, LLC kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   FreshPoint Atlanta, Inc. kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sysco Charlotte, LLC kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sunrise Fresh Produce, LLC (t/a Sunrise Jackson) kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sysco Memphis, LLC kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sysco Central Alabama, Inc. kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Creation Gardens, Inc. kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Kevin A. Maxim   on behalf of Creditor   Sysco Knoxville, LLC kmaxim@maximlawfirm.com, kevin.maxim@gmail.com
        Lindsay P. S. Kolba   on behalf of U.S. Trustee   United States Trustee lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov
        Michael F. Holbein   on behalf of Debtor   Eat Here Brands LLC michael.holbein@agg.com, angela.ford@agg.com;carol.stewart@agg.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Atlanta #2 LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu, LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of Debtor   Eat Here Brands LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Atlanta #1 LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Memphis #1, LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Memphis #2 LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Birmingham #1, LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Robert M.D. Mercer   on behalf of JointAdmin Debtor   Babalu Knoxville #1, LLC r.mercer@swtwlaw.com, d.hopkins@swtwlaw.com
        Sean C. Kulka   on behalf of Debtor   Eat Here Brands LLC sean.kulka@agg.com
        Stuart Freeman Wilson-Patton   on behalf of Creditor   TN Dept of Revenue agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
        Theodore N. Stapleton   on behalf of Creditor   S.A.R. & Associates, Inc. tstaple@tstaple.com

        TOTAL: 45