# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>EAT HERE BRANDS, LLC, *et al.*[1],<br><br>                      Debtors. | Chapter 11<br><br>Case No. 19-61688 (WLH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 11, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Reply to the Limited Objection by Freshpoint Atlanta, Inc., Freshpoint North Carolina, Inc., and Creation Gardens, Inc. to the Debtors' Motion to Approve a Procedure to Approve the Settlement of Certain Pre-Petition Perishable Agricultural Commodities Act Claims [Docket No. 114]**

Dated: September 16, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                  } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 20 19 by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892).  The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

# EXHIBIT A

**Eat Here Brands, LLC, et al. -  Service List to e-mail Recipients**

Served 9/11/2019

| | | |
|---|---|---|
| AMFIRST INSURANCE CO LT<br>RICHARD EATON<br>RICK.EATON@MORGANWHITE.COM | ARNALL GOLDEN GREGORY LLP<br>DARRYL S. LADDIN<br>DARRYL.LADDIN@AGG.COM | ARNALL GOLDEN GREGORY LLP<br>SEAN C. KULKA<br>SEAN.KULKA@AGG.COM |
| BENNETT THRASHER<br>DAVID KLOESS<br>DAVID.KLOESS@BTCPA.NET | BURR & FORMAN LLP<br>KELLY E. WAITS<br>KWAITS@BURR.COM | EDWARD DON AND CO<br>CINDY NIEWINSKI<br>CINDYNIEWINSKI@DON.COM |
| G. DALE SMITH<br>G. DALE SMITH<br>GDALELS@AOL.COM | INLAND SEAFOOD<br>CALLIE LEMMING<br>CALLIE.LEMMING@INLANDSEAFOOD.COM | IRBY INVESTMENTS, LLC<br>CHARLES IRBY<br>CHARLES@IRBYINVESTMENTS.COM |
| JONES WALKER LLP<br> JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | LONDON AMERICAN INSURANCE CO.<br>RICK EATON<br>RICK.EATON@MORGANWHITE.COM | MORRIS, MANNING & MARTIN, LLP<br>FRANK W. DEBORDE<br>FWD@MMMLAW.COM |
| MORRIS, MANNING & MARTIN, LLP<br>GWENDOLYN J. GODFREY<br>WGODFREY@MMMLAW.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>LINDSAY P.S KOLBA<br>LINDSAY.P.KOLBA@USDOJ.GOV | RICHARD A WARREN, IRA<br>RICHARD WARREN<br>RWARREN330@GMAIL.COM |
| ROBIN C. SELBY RLT<br>ROBIN SELBY<br>ROBIN@PREMIERE-SEALS.COM | ROUNTREE LEITMAN & KLEIN, LLC<br>HAL J. LEITMAN<br>HLEITMAN@RANDLLAW.COM | SCROGGINS & WILLIAMSON, P.C<br>J. ROBERT WILLIAMSON<br>RWILLIAMSON@SWLAWFIRM.COM |
| SCROGGINS & WILLIAMSON, P.C.<br>J. HAYDEN KEPNER, JR.<br>HKEPNER@SWLAWFIRM.COM | STACK & MOYER FAMILY HLDG LLC<br>MIKE STACK<br>MJSTACK100@GMAIL.COM | SYSCO ATLANTA - 684530<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO BIRMINGHAM - 621110<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO JACKSON LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO KNOXVILLE LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO OVERTON-741751<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | TENNESEE DEPARTMENT OF REVENUE<br>STUART WILSON-PATTON<br>STUART.WILSON-PATTON@AG.TN.GOV | THE MAXIM LAW FIRM, P.C.<br>KEVIN A. MAXIM<br>KMAXIM@MAXIMLAWFIRM.COM |
| THEODORE N. STAPLETON, P.C.<br>THEODORE STAPLETON<br>TSTAPLE@TSTAPLE.COM | WOMBLE BOND DICKINSON, LLP<br>CONSTANCE L. YOUNG<br>CONSTANCE.YOUNG@WBD.US.COM | |

Parties Served:  29

# <u>EXHIBIT B</u>

**Eat Here Brands, LLC, et al. - U.S. Mail**    Served 9/11/2019

ALABAMA DEPARTMENT OF REVENUE
2020 VALLEYDALE RD, STE 2108
HOOVER, AL 35244

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

AMFIRST INSURANCE CO LT
ATTN: RICHARD EATON
500 STREED RD
RIDGELAND, MS 39157

ANDREW M SAMPSON
1502 KENSINGTON AVE
OCEAN SPRINGS, MS 39564

BENNETT THRASHER
ATTN: DAVID KLOESS
3300 RIVERWOOD PKWY, STE 700
ATLANTA, GA 30339

CITY OF ALANTA
55 TRINITY AVE, STE 1350 SW
ATLANTA, GA 30303

EAT HERE BRANDS LLC. ET AL.
9755 DOGWOOD RD, STE 200
ROSWELL, GA 30075

EDWARD DON AND CO
ATTN: CINDY NIEWINSKI
2562 PAYSPHERE CIR
CHICAGO, IL 60674

ESTATE OF SIDNEY ALLEN
200 BRAE BURN DR
JACKSON, MS  39211

FLORIDA CONCEPTS HOLDINGS, LLC
36750 US HWY 19 N
PALM HARBOR, FL 34684

G. DALE SMITH
1941 HIGHWAY 550 NW
BROOKHAVEN, MS 39601

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD
ATLANTA, GA 30345

GERALD J. DIAZ, JR.
208 WATERFORD SQ, STE 300
MADISON, MS 39110

HENRY F SKELTON, II
500 ANGLERS DR, UNIT 102
STEAMBOAT SPRINGS, CO 80487

INLAND JACKSON - 33017
P.O. BOX 450669
ATLANTA, GA 31145

INLAND OVERTON - 38470
P.O. BOX 450669
ATLANTA, GA 31145

INLAND SEAFOOD
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 450669
ATLANTA, GA 31145

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRBY INVESTMENTS, LLC
ATTN: CHARLES IRBY
4027 HILLSBORO PIKE, STE 803
NASHVILLE, TN 37215

JAMES W. CORLEY
6658 YOSEMITE LANE
DALLAS, TX 75214

JEFFERSON COUNTY DEPARTMENT OF REVENUE
P.O. BOX 12025
BIRMINGHAM, AL 35283-2025

JEFFERSON COUNTY DEPARTMENT OF REVENUE
P.O. BOX 830710
BIRMINGHAM, AL 35283-0710

KATHLEEN HOUSE HARDIN, ROTH IR
2210 HERITAGE HILL DR
JACKSON, MS  39211

LONDON AMERICAN INSURANCE CO.
ATTN: RICHARD EATON
8401 N CENTRAL EXPRESSSWAY
DALLAS, TX 75225

MELISSA SKELTON
133 CAMDEN LANE
MADISON, MS 39110

MISSISSIPPI DEPARTMENT OF REVENUE
1577 SPRINGRIDGE
RAYMOND, MS 39514

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DR
CLINTON, MS 39056

MORRIS, MANNING & MARTIN, LLP
ATTN: FRANK W. DEBORDE/ GWENDOLYN J. GODFREY
1600 ATLANTA FINANCIAL CTR
3343 PEACHTREE RD, NE
ATLANTA, GA 30326

OFFICE OF THE ATTORNEY GENERAL
STATE OF GEORGIA
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

PAUL BROOKS EASON
103 OAKHURST TRAIL
RIDGELAND, MS  39157

RICHARD A WARREN, IRA
103 PIMLICO DR
BRANDON, MS 39042

ROBIN C. SELBY RLT
1360 PLAYMOOR DR
PALM HARBOR, FL 34683

ROGER G. OR JAN E. FOSTER
1120 POINTE COVE
BRANDON, MS  39042

SAR & ASSOCIATES INC
ATTN: STEVEN ROCHLIN
73 WOODSTOCK RD
ROSWELL, GA 30075-3560

STACK & MOYER FAMILY HLDG LLC
ATTN: MIKE STACK
1308 POST DR
BOZEMAN, MT 59715

SYSCO ATLANTA - 684530
ATTN: DESIREE GEEGAN
1000 SYSCO DR
CALERA, AL 35040

SYSCO BIRMINGHAM - 621110
ATTN: DESIREE GEEGAN
1000 SYSCO DR
CALERA, AL 35040

SYSCO JACKSON LLC
ATTN: DESIREE GEEGAN
P.O. BOX 2900
JACKSON, MS 39207-2900

SYSCO KNOXVILLE LLC
900 TENNESSEE AVE
KNOXVILLE, TN 37921-2630

SYSCO MEMPHIS
4359 BF GOODRICH BLVD
MEMPHIS, TN  38118

SYSCO OVERTON-741751
4359 B.F GOODRICH BLVD
MEMPHIS, TN 38118-7306

THE U.S. ATTORNEY FOR THE NORTHERN DISTRIC
ATTN: CIVIL PROCESS CLERK
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DR, SW STE 600
ATLANTA, GA 30303-3309

Parties Served: 42