UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>EAT HERE BRANDS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-61688 (WLH)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 16, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Granting Debtors' Motion for Entry of an Order (I) Establishing a Procedure for Determining Claims Arising Under the Perishable Agriculture Commodities Act, (II) Authorizing the Debtors to Pay Certain Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act; and (III) Granting Related Relief [Docket No. 123]**

Dated: September 18, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 18th day of September, 2019, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892). The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMFIRST INSURANCE CO LT<br>RICHARD EATON<br>RICK.EATON@MORGANWHITE.COM | ARNALL GOLDEN GREGORY LLP<br>DARRYL S. LADDIN<br>DARRYL.LADDIN@AGG.COM | ARNALL GOLDEN GREGORY LLP<br>SEAN C. KULKA<br>SEAN.KULKA@AGG.COM |
| BENNETT THRASHER<br>DAVID KLOESS<br>DAVID.KLOESS@BTCPA.NET | BURR & FORMAN LLP<br>KELLY E. WAITS<br>KWAITS@BURR.COM | EDWARD DON AND CO<br>CINDY NIEWINSKI<br>CINDYNIEWINSKI@DON.COM |
| G. DALE SMITH<br>G. DALE SMITH<br>GDALELS@AOL.COM | INLAND SEAFOOD<br>CALLIE LEMMING<br>CALLIE.LEMMING@INLANDSEAFOOD.COM | IRBY INVESTMENTS, LLC<br>CHARLES IRBY<br>CHARLES@IRBYINVESTMENTS.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | LONDON AMERICAN INSURANCE CO.<br>RICK EATON<br>RICK.EATON@MORGANWHITE.COM | MORRIS, MANNING & MARTIN, LLP<br>FRANK W. DEBORDE<br>FWD@MMMLAW.COM |
| MORRIS, MANNING & MARTIN, LLP<br>GWENDOLYN J. GODFREY<br>WGODFREY@MMMLAW.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>LINDSAY P.S KOLBA<br>LINDSAY.P.KOLBA@USDOJ.GOV | RICHARD A WARREN, IRA<br>RICHARD WARREN<br>RWARREN330@GMAIL.COM |
| ROBIN C. SELBY RLT<br>ROBIN SELBY<br>ROBIN@PREMIERE-SEALS.COM | ROUNTREE LEITMAN & KLEIN, LLC<br>HAL J. LEITMAN<br>HLEITMAN@RANDLLAW.COM | SCROGGINS & WILLIAMSON, P.C<br>J. ROBERT WILLIAMSON<br>RWILLIAMSON@SWLAWFIRM.COM |
| SCROGGINS & WILLIAMSON, P.C.<br>J. HAYDEN KEPNER, JR.<br>HKEPNER@SWLAWFIRM.COM | STACK & MOYER FAMILY HLDG LLC<br>MIKE STACK<br>MJSTACK100@GMAIL.COM | SYSCO ATLANTA - 684530<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO BIRMINGHAM - 621110<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO JACKSON LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | SYSCO KNOXVILLE LLC<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM |
| SYSCO OVERTON-741751<br>DESIREE GEEGAN<br>GEEGAN.DESIREE@CORP.SYSCO.COM | TENNESEE DEPARTMENT OF REVENUE<br>STUART WILSON-PATTON<br>STUART.WILSON-PATTON@AG.TN.GOV | THE MAXIM LAW FIRM, P.C.<br>KEVIN A. MAXIM<br>KMAXIM@MAXIMLAWFIRM.COM |
| THEODORE N. STAPLETON, P.C.<br>THEODORE STAPLETON<br>TSTAPLE@TSTAPLE.COM | WOMBLE BOND DICKINSON, LLP<br>CONSTANCE L. YOUNG<br>CONSTANCE.YOUNG@WBD.US.COM | |

Parties Served: 29

# **EXHIBIT B**

| | | |
|---|---|---|
| ALABAMA DEPARTMENT OF REVENUE<br>2020 VALLEYDALE RD, STE 2108<br>HOOVER, AL 35244 | AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | AMFIRST INSURANCE CO LT<br>ATTN: RICHARD EATON<br>500 STREED RD<br>RIDGELAND, MS 39157 |
| ANDREW M SAMPSON<br>1502 KENSINGTON AVE<br>OCEAN SPRINGS, MS 39564 | BENNETT THRASHER<br>ATTN: DAVID KLOESS<br>3300 RIVERWOOD PKWY, STE 700<br>ATLANTA, GA 30339 | CITY OF ALANTA<br>55 TRINITY AVE, STE 1350 SW<br>ATLANTA, GA 30303 |
| CREATION GARDENS<br>2055 NELSON MILLER PARKWAY<br>LOUISVILLE, KY 40223 | EAT HERE BRANDS LLC. ET AL.<br>9755 DOGWOOD RD, STE 200<br>ROSWELL, GA 30075 | EDWARD DON AND CO<br>ATTN: CINDY NIEWINSKI<br>2562 PAYSPHERE CIR<br>CHICAGO, IL 60674 |
| ESTATE OF SIDNEY ALLEN<br>200 BRAE BURN DR<br>JACKSON, MS 39211 | FLORIDA CONCEPTS HOLDINGS, LLC<br>36750 US HWY 19 N<br>PALM HARBOR, FL 34684 | FORESTWOOD FARM, INC.<br>P.O. BOX 310728<br>BIRMINGHAM, AL 35231-0728 |
| FRESHPOINT ATLANTA<br>1200 OAKLEY INDUSTRIAL BLVD. SUITE B<br>FAIRBURN, GA 30213 | G. DALE SMITH<br>1941 HIGHWAY 550 NW<br>BROOKHAVEN, MS 39601 | GEORGIA DEPARTMENT OF REVENUE<br>1800 CENTURY BLVD<br>ATLANTA, GA 30345 |
| GERALD J. DIAZ, JR.<br>208 WATERFORD SQ, STE 300<br>MADISON, MS 39110 | HENRY F SKELTON, II<br>500 ANGLERS DR, UNIT 102<br>STEAMBOAT SPRINGS, CO 80487 | INLAND JACKSON - 33017<br>P.O. BOX 450669<br>ATLANTA, GA 31145 |
| INLAND OVERTON - 38470<br>P.O. BOX 450669<br>ATLANTA, GA 31145 | INLAND SEAFOOD<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 450669<br>ATLANTA, GA 31145 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IRBY INVESTMENTS, LLC<br>ATTN: CHARLES IRBY<br>4027 HILLSBORO PIKE, STE 803<br>NASHVILLE, TN 37215 | JAMES W. CORLEY<br>6658 YOSEMITE LANE<br>DALLAS, TX 75214 | JEFFERSON COUNTY DEPARTMENT OF REVENUE<br>P.O. BOX 12025<br>BIRMINGHAM, AL 35283-2025 |
| JEFFERSON COUNTY DEPARTMENT OF REVENUE<br>P.O. BOX 830710<br>BIRMINGHAM, AL 35283-0710 | KATHLEEN HOUSE HARDIN, ROTH IR<br>2210 HERITAGE HILL DR<br>JACKSON, MS 39211 | LONDON AMERICAN INSURANCE CO.<br>ATTN: RICHARD EATON<br>8401 N CENTRAL EXPRESSSWAY<br>DALLAS, TX 75225 |
| MCCARTNEY PRODUCE<br>PO BOX 219<br>PARIS, TN 38242 | MELISSA SKELTON<br>133 CAMDEN LANE<br>MADISON, MS 39110 | MISSISSIPPI DEPARTMENT OF REVENUE<br>1577 SPRINGRIDGE<br>RAYMOND, MS 39514 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>500 CLINTON CENTER DR<br>CLINTON, MS 39056 | MORRIS, MANNING & MARTIN, LLP<br>ATTN: FRANK DEBORDE/GWENDOLYN GODFREY<br>1600 ATLANTA FINANCIAL CTR<br>3343 PEACHTREE RD, NE<br>ATLANTA, GA 30326 | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF GEORGIA<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334 |

| | | |
|---|---|---|
| PAUL BROOKS EASON<br>103 OAKHURST TRAIL<br>RIDGELAND, MS  39157 | PHOENIX WHOLESALE FOOD SERVICE<br>PO BOX 707<br>FOREST PARK, GA 30298 | PIAZZA PRODUCE<br>5941 W 82ND ST.<br>INDIANAPOLIS, IN  46268 |
| RICHARD A WARREN, IRA<br>103 PIMLICO DR<br>BRANDON, MS 39042 | ROBERTSON PRODUCE OF MISS<br>101 HORSESHOE LAKE ROAD<br>MONROE, LA 71203 | ROBIN C. SELBY RLT<br>1360 PLAYMOOR DR<br>PALM HARBOR, FL 34683 |
| ROGER G. OR JAN E. FOSTER<br>1120 POINTE COVE<br>BRANDON, MS  39042 | SAR & ASSOCIATES INC<br>ATTN: STEVEN ROCHLIN<br>73 WOODSTOCK RD<br>ROSWELL, GA 30075-3560 | STACK & MOYER FAMILY HLDG LLC<br>ATTN: MIKE STACK<br>1308 POST DR<br>BOZEMAN, MT 59715 |
| SUNRISE FRESH PRODUCE<br>4229 MICHAEL AVALON ST.<br>JACKSON, MS 39209 | SUNRISE FRESH PRODUCE<br>ACCOUNTING OFFICE<br>2208 W 21ST STREET<br>JACKSONVILLE, FL 32209 | SYSCO ATLANTA - 684530<br>ATTN: DESIREE GEEGAN<br>1000 SYSCO DR<br>CALERA, AL 35040 |
| SYSCO BIRMINGHAM - 621110<br>ATTN: DESIREE GEEGAN<br>1000 SYSCO DR<br>CALERA, AL 35040 | SYSCO JACKSON LLC<br>ATTN: DESIREE GEEGAN<br>P.O. BOX 2900<br>JACKSON, MS 39207-2900 | SYSCO KNOXVILLE LLC<br>900 TENNESSEE AVE<br>KNOXVILLE, TN 37921-2630 |
| SYSCO MEMPHIS<br>4359 BF GOODRICH BLVD<br>MEMPHIS, TN  38118 | SYSCO OVERTON-741751<br>4359 B.F GOODRICH BLVD<br>MEMPHIS, TN 38118-7306 | THE U.S. ATTORNEY FOR THE NORTHERN DISTRIC<br>ATTN: CIVIL PROCESS CLERK<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DR, SW STE 600<br>ATLANTA, GA 30303-3309 |

Parties Served: 51