# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>EAT HERE BRANDS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-61688 (WLH)<br><br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

      I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 19, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Withdrawal of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Keen Summit Capital Partners LLC as Real Estate Advisor Nunc Pro Tunc to August 16, 2019 (Docket No. 66) [Docket No. 127]**

Dated: September 23, 2019

                                    Colin Linebaugh
                                    Omni Management Group
                                    5955 De Soto Avenue, Suite 100
                                    Woodland Hills, CA 91367
                                    818-906-8300

{State of California        }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 23rd day of September, 2019 by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Eat Here Brands, LLC (9694); Babalu Atlanta #1 LLC (4025); Babalu Atlanta #2 LLC (5240); Babalu Knoxville #1 LLC (3163); Babalu Memphis #1 LLC (9320); Babalu Memphis #2 LLC (4558); Babalu, LLC (7673); and Babalu Birmingham #1 LLC (1892).  The Debtors' mailing address is 9755 Dogwood Road, Suite 200, Roswell, Georgia 30075.

# **EXHIBIT A**

**Eat Here Brands, LLC, et al. - Service List to e-mail Recipients**

AMFIRST INSURANCE CO LT
RICHARD EATON
RICK.EATON@MORGANWHITE.COM

ARNALL GOLDEN GREGORY LLP
DARRYL S. LADDIN
DARRYL.LADDIN@AGG.COM

ARNALL GOLDEN GREGORY LLP
SEAN C. KULKA
SEAN.KULKA@AGG.COM

BENNETT THRASHER
DAVID KLOESS
DAVID.KLOESS@BTCPA.NET

BURR & FORMAN LLP
KELLY E. WAITS
KWAITS@BURR.COM

EDWARD DON AND CO
CINDY NIEWINSKI
CINDYNIEWINSKI@DON.COM

G. DALE SMITH
G. DALE SMITH
GDALELS@AOL.COM

INLAND SEAFOOD
CALLIE LEMMING
CALLIE.LEMMING@INLANDSEAFOOD.COM

IRBY INVESTMENTS, LLC
CHARLES IRBY
CHARLES@IRBYINVESTMENTS.COM

JONES WALKER LLP
 JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

LONDON AMERICAN INSURANCE CO.
RICK EATON
RICK.EATON@MORGANWHITE.COM

MORRIS, MANNING & MARTIN, LLP
FRANK W. DEBORDE
FWD@MMMLAW.COM

MORRIS, MANNING & MARTIN, LLP
GWENDOLYN J. GODFREY
WGODFREY@MMMLAW.COM

OFFICE OF THE UNITED STATES TRUSTEE
LINDSAY P.S KOLBA
LINDSAY.P.KOLBA@USDOJ.GOV

RICHARD A WARREN, IRA
RICHARD WARREN
RWARREN330@GMAIL.COM

ROBIN C. SELBY RLT
ROBIN SELBY
ROBIN@PREMIERE-SEALS.COM

ROUNTREE LEITMAN & KLEIN, LLC
HAL J. LEITMAN
HLEITMAN@RANDLLAW.COM

SCROGGINS & WILLIAMSON, P.C
J. ROBERT WILLIAMSON
RWILLIAMSON@SWLAWFIRM.COM

SCROGGINS & WILLIAMSON, P.C.
J. HAYDEN KEPNER, JR.
HKEPNER@SWLAWFIRM.COM

STACK & MOYER FAMILY HLDG LLC
MIKE STACK
MJSTACK100@GMAIL.COM

SYSCO ATLANTA - 684530
DESIREE GEEGAN
GEEGAN.DESIREE@CORP.SYSCO.COM

SYSCO BIRMINGHAM - 621110
GEEGAN.DESIREE@CORP.SYSCO.COM

SYSCO JACKSON LLC
DESIREE GEEGAN
GEEGAN.DESIREE@CORP.SYSCO.COM

SYSCO KNOXVILLE LLC
DESIREE GEEGAN
GEEGAN.DESIREE@CORP.SYSCO.COM

SYSCO OVERTON-741751
DESIREE GEEGAN
GEEGAN.DESIREE@CORP.SYSCO.COM

TENNESEE DEPARTMENT OF REVENUE
STUART WILSON-PATTON
STUART.WILSON-PATTON@AG.TN.GOV

THE MAXIM LAW FIRM, P.C.
KEVIN A. MAXIM
KMAXIM@MAXIMLAWFIRM.COM

THEODORE N. STAPLETON, P.C.
THEODORE STAPLETON
TSTAPLE@TSTAPLE.COM

WOMBLE BOND DICKINSON, LLP
CONSTANCE L. YOUNG
CONSTANCE.YOUNG@WBD.US.COM

Parties Served:  29

## **EXHIBIT B**

ALABAMA DEPARTMENT OF REVENUE
2020 VALLEYDALE RD, STE 2108
HOOVER, AL 35244

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

AMFIRST INSURANCE CO LT
ATTN: RICHARD EATON
500 STREED RD
RIDGELAND, MS 39157

ANDREW M SAMPSON
1502 KENSINGTON AVE
OCEAN SPRINGS, MS 39564

BENNETT THRASHER
ATTN: DAVID KLOESS
3300 RIVERWOOD PKWY, STE 700
ATLANTA, GA 30339

CITY OF ALANTA
55 TRINITY AVE, STE 1350 SW
ATLANTA, GA 30303

EAT HERE BRANDS LLC. ET AL.
9755 DOGWOOD RD, STE 200
ROSWELL, GA 30075

EDWARD DON AND CO
ATTN: CINDY NIEWINSKI
2562 PAYSPHERE CIR
CHICAGO, IL 60674

ESTATE OF SIDNEY ALLEN
200 BRAE BURN DR
JACKSON, MS 39211

FLORIDA CONCEPTS HOLDINGS, LLC
36750 US HWY 19 N
PALM HARBOR, FL 34684

G. DALE SMITH
1941 HIGHWAY 550 NW
BROOKHAVEN, MS 39601

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD
ATLANTA, GA 30345

GERALD J. DIAZ, JR.
208 WATERFORD SQ, STE 300
MADISON, MS 39110

HENRY F SKELTON, II
500 ANGLERS DR, UNIT 102
STEAMBOAT SPRINGS, CO 80487

INLAND JACKSON - 33017
P.O. BOX 450669
ATLANTA, GA 31145

INLAND OVERTON - 38470
P.O. BOX 450669
ATLANTA, GA 31145

INLAND SEAFOOD
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 450669
ATLANTA, GA 31145

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRBY INVESTMENTS, LLC
ATTN: CHARLES IRBY
4027 HILLSBORO PIKE, STE 803
NASHVILLE, TN 37215

JAMES W. CORLEY
6658 YOSEMITE LANE
DALLAS, TX 75214

JEFFERSON COUNTY DEPARTMENT OF REVENUE
P.O. BOX 12025
BIRMINGHAM, AL 35283-2025

JEFFERSON COUNTY DEPARTMENT OF REVENUE
P.O. BOX 830710
BIRMINGHAM, AL 35283-0710

KATHLEEN HOUSE HARDIN, ROTH IR
2210 HERITAGE HILL DR
JACKSON, MS 39211

LONDON AMERICAN INSURANCE CO.
ATTN: RICHARD EATON
8401 N CENTRAL EXPRESSSWAY
DALLAS, TX 75225

MELISSA SKELTON
133 CAMDEN LANE
MADISON, MS 39110

MISSISSIPPI DEPARTMENT OF REVENUE
1577 SPRINGRIDGE
RAYMOND, MS 39514

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DR
CLINTON, MS 39056

MORRIS, MANNING & MARTIN, LLP
ATTN: FRANK DEBORDE/GWENDOLYN GODFREY
1600 ATLANTA FINANCIAL CTR
3343 PEACHTREE RD, NE
ATLANTA, GA 30326

OFFICE OF THE ATTORNEY GENERAL
STATE OF GEORGIA
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

PAUL BROOKS EASON
103 OAKHURST TRAIL
RIDGELAND, MS 39157

RICHARD A WARREN, IRA
103 PIMLICO DR
BRANDON, MS 39042

ROBIN C. SELBY RLT
1360 PLAYMOOR DR
PALM HARBOR, FL 34683

ROGER G. OR JAN E. FOSTER
1120 POINTE COVE
BRANDON, MS 39042

SAR & ASSOCIATES INC
ATTN: STEVEN ROCHLIN
73 WOODSTOCK RD
ROSWELL, GA 30075-3560

STACK & MOYER FAMILY HLDG LLC
ATTN: MIKE STACK
1308 POST DR
BOZEMAN, MT 59715

SYSCO ATLANTA - 684530
ATTN: DESIREE GEEGAN
1000 SYSCO DR
CALERA, AL 35040

SYSCO BIRMINGHAM - 621110
ATTN: DESIREE GEEGAN
1000 SYSCO DR
CALERA, AL 35040

SYSCO JACKSON LLC
ATTN: DESIREE GEEGAN
P.O. BOX 2900
JACKSON, MS 39207-2900

SYSCO KNOXVILLE LLC
900 TENNESSEE AVE
KNOXVILLE, TN 37921-2630

SYSCO MEMPHIS
4359 BF GOODRICH BLVD
MEMPHIS, TN  38118

SYSCO OVERTON-741751
4359 B.F GOODRICH BLVD
MEMPHIS, TN 38118-7306

THE U.S. ATTORNEY FOR THE NORTHERN DISTRIC
ATTN: CIVIL PROCESS CLERK
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DR, SW STE 600
ATLANTA, GA 30303-3309

Parties Served: 42