IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| EAT HERE BRANDS, LLC, | ) | Case No. 19-61688-wlh |
| | ) | Judge Hagenau |
| Debtor. | ) | |

**APPEARANCE OF COUNSEL AND**
**REQUEST FOR COPIES OF ALL NOTICES,**
**DOCUMENTS AND PLEADINGS**

Please take notice that the Law Firm of Wiles & Wiles, LLP counsel for Salus 33 Peachtree Place, LLC hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for Salus 33 Peachtree Place, LLC:

> Victor W. Newmark, Esq.
> Wiles & Wiles, LLP
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, <u>inter alia</u>, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought

before this Court in any case, whether formal or informal, written or oral, or transmitted by mail delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This  24th  day of September, 2019.

            Respectfully submitted,

            /s/Victor W. Newmark
            Victor W. Newmark, Esq.
            Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
S272\2 Babalu Atlanta\2appear.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, I electronically filed an Appearance of Counsel and Request for Copies of all Notices, Documents and Pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing and which was also sent via email to the following:

| | |
|---|---|
| Michael F. Holbein, Esq.<br>Sean C. Kulka, Esq.<br>Darryl S. Laddin, Esq.<br>Attorneys for Debtor<br>Arnall Golden Gregory, LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, Georgia 30363-1031 | Robert M.D. Mercer, Esq.<br>Attorney for Debtor<br>Schulten Ward Turner & Weiss, LLP<br>260 Peachtree Street, N.W.<br>Suite 2700<br>Atlanta, Georgia 30303 |
| U.S. Trustee<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 | Lindsay P.S. Kolba, Esq.<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |
| Ewing, Scott<br>Omni Management Group<br>Scott Ewing<br>5955 DeSoto Avenue, #100<br>Woodland Hills, California 91367 | J. Hayden Kepner, Jr., Esq.<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, Georgia 30067 |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Eat Here Brands, LLC
>Debtor
>9755 Dogwood Road, Suite 200
>Roswell, Georgia 30075

>/s/Victor W. Newmark
>Victor W. Newmark, Esq.
>Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
S272\2 Babalu Atlanta\2appear.doc