# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EAT HERE BRANDS, LLC,** ) | Case No. 19-61688-wlh |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

On August 12, 2019, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 5 in the case of Eat Here Brands, LLC, Case No. 19-61688-WLH. Returns have been filed and paid. TDOR hereby gives notice that it wishes to withdraw claim no. 5.

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General & Reporter

/s/Stuart Wilson-Patton
STUART WILSON-PATTON (GA Bar #769210)
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville TN 37202
Phone: (615) 532-2567
Fax: (615) 741-3334
Stuart.Wilson-Patton@ag.tn.gov

Attorney for TDOR

1

## CERTIFICATE OF SERVICE

      I do hereby certify that, on September 25, 2019, a true and exact copy of the foregoing Notice of Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

                                          /s/Stuart Wilson-Patton
                                          STUART WILSON-PATTON